# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN MANN ANDERSON, PATRICK KORKOWSKI, KENNETH DALBERG, EDGAR SALINAS-LEAL, BRAD SCHMITT, JAYVON R. FLEMMING, JASON NATCONE, JUSTIN WELCH, ASHTON DREILING, and KEVIN L. BURKES, <br><br>       Plaintiffs, <br><br>v. <br><br>WISCONSIN DEPARTMENT OF CORRECTIONS, KEVIN A. CARR, JARED HOY, MELISSA ROBERTS, RANDALL HEPP, and YANA PUSHICH, <br><br>       Defendants. | Case No. 23-CV-1430-JPS <br><br><br>**ORDER** |

  All parties have consented to the exercise of jurisdiction by the assigned magistrate judge, Magistrate Judge William E. Duffin. ECF Nos. 4, 5. The Court will, therefore, refer the matter to Magistrate Judge Duffin for all purposes.

  Accordingly,

  **IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73(a), and General Local Rule 73, this action be and the same is herewith transferred to United States Magistrate Judge William E. Duffin for all further proceedings.

Dated at Milwaukee, Wisconsin, this 17th day of November, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge