UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R. FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L. BURKES,
On their own behalf and on behalf of others similarly situated,

          Plaintiffs,

    v.                          Case No. 23-CV-1430

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A. CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

          Defendants.

## COURT MINUTES OF
## RULE 16 TELEPHONIC SCHEDULING CONFERENCE

**HONORABLE WILLIAM E. DUFFIN PRESIDING**

DATE:            January 24, 2024 at 9:30 AM         DEPUTY CLERK:  Linda M. Zik

TIME COMMENCED:         9:31 a.m.              TIME CONCLUDED:  9:36 a.m.

Zoom audio

    PLAINTIFFS:       **Lonnie D. Story**

    DEFENDANTS:    **Brandon T. Flugaur / Jonathan J. Whitney / Karla Z. Keckhaver / Samir Jaber**

---

**DEADLINES SET:**
**2/28/2024** – Rule 26(a)(1) Initial Disclosures by Plaintiffs
**3/25/2024** – Defendants' Motion for Failure to Exhaust Administrative Remedies
**3/28/2024** – Rule 26(a)(1) Initial Disclosures by Defendants
**4/1/2024** – Plaintiffs' Motion for Class Certification
**5/29/2024** – Plaintiffs' Expert Disclosures
**6/29/2024** – Defendants' Expert Disclosures
**8/31/2024** – Dispositive / Summary Judgment Motions
**11/1/2024** – Mediation Deadline. Parties to contact the clerk's office 60 days in advance of November 1, 2024 to request a magistrate judge for mediation

No Final Pretrial or Trial dates will be set until dispositive motions are decided. If summary judgment motions are filed and claims survive, or if no summary judgment motions are filed, then the court will set another telephonic scheduling conference to schedule these dates.

Scheduling Order to be entered.

---

**COMMENTS:**

COURT has the parties Rule 26(f) report.