UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES,
On their own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.         Case No. 23-CV-1430

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

    Defendants.

## SCHEDULING ORDER

On January 24, 2024, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiffs was Attorney Lonnie D. Story. Appearing on behalf of the defendants were Attorneys Brandon T. Flugaur, Jonathan J. Whitney and Karla Z. Keckhaver and Samir S. Jaber.

**IT IS HEREBY ORDERED,**

1. The plaintiffs shall make their initial disclosures to the opposing party in accordance with Fed. R. Civ. P. 26(a) no later than **February 28, 2024**.

2. Any motion by defendants for failure to exhaust administrative remedies shall be filed no later than **March 25, 2024**.

3. The defendants shall make their initial disclosures to the opposing party in accordance with Fed. R. Civ. P. 26(a) no later than **March 28, 2024**.

4. Plaintiffs' motion for class certification shall be filed no later than **April 1, 2024**.

5. The plaintiffs shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **May 29, 2024**.

6. The defendants shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **June 29, 2024**.

7. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **August 31, 2024**.

8. Counsel shall meet and discuss settlement prior to **November 1, 2024**. If they wish the court refer the matter to another magistrate judge of this district for purposes of mediation, they shall so advise the court no later than 60 days in advance of the **November 1, 2024,** deadline so as to be able to complete the mediation by the deadline.

9. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

10. Any request for court action must be filed as a motion. A joint request should be filed as a joint motion. Aside from a stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court will not take any action on stipulations.

Dated at Milwaukee, Wisconsin this 24th day of January, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge