# State of Wisconsin
**Department of Corrections**
# INMATE COMPLAINT HISTORY REPORT
## by Date Received
### Inmate: 91384 - ANDERSON, JOHN M.

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 04/18/2014 | WCI-2014-7736 | 7 - Personal Property | Complains about his coax cable missing after TLU |
| 06/26/2014 | WCI-2014-12456 | 4 - Medical | \*\*\*Complains regarding co-pay charge. |
| 02/03/2017 | WCI-2017-3798 | 17 - Inmate Accounts | Complains regarding supervision fees being taken |
| 05/01/2017 | WCI-2017-11325 | 11 - Visiting | Complains regarding removal of D. Spivey from visiting list. |
| 11/03/2017 | WCI-2017-28075 | 7 - Personal Property | Claims property is missing after TLU |
| 01/18/2018 | WCI-2018-1610 | 12 - Other | Claims he is not getting his structured rec passes |
| 10/12/2018 | WCI-2018-21525 | 1 - Staff | Claims staff did not give him his pm medications |
| 10/19/2018 | WCI-2018-21999 | 1 - Staff | Claims staff denied him his meds |
| 11/20/2018 | WCI-2018-24040 | 3 - Discipline | Complains regarding CR 3225668 |
| 11/28/2018 | WCI-2018-24495 | 1 - Staff | Claims Sgt Sankey denied him his morning medications |
| 12/03/2018 | WCI-2018-24762 | 6 - Personal Physical Conditions | Complains he was in a cell with water that was ankle deep |
| 12/19/2018 | WCI-2018-25916 | 4 - Medical | Claims nothing is being done to address his pain |
| 12/27/2018 | WCI-2018-26364 | 4 - Medical | Complains HSU will not give him any walking assistance |
| 01/04/2019 | WCI-2019-387 | 12 - Other | Complains the walkway was not shoveled and he fell |
| 01/07/2019 | WCI-2019-477 | 12 - Other | Complains the walkway was not shoveled and he fell |
| 01/25/2019 | WCI-2019-1772 | 3 - Discipline | Complains that his rehearing has not been done |
| 02/11/2019 | WCI-2019-2849 | 4 - Medical | Complains he wants his medications that were discontinued because the CR was dismissed |
| 02/18/2019 | WCI-2019-3256 | 1 - Staff | Complains staff made him crawl to get his crutches |
| 02/28/2019 | WCI-2019-4028 | 4 - Medical | Claims Nurse Laning gave him the wrong medication then threatened him |
| 03/25/2019 | WCI-2019-5618 | 26 - Psychiatry | Claims he was told his Bupropion was discontinued. \*JM/3-27-19/Recoded to 26 per ICE Moon request.\* |
| 05/16/2019 | WCI-2019-8894 | 4 - Medical | Complains his pregabalin was discontinued |
| 01/06/2020 | WCI-2020-273 | 3 - Discipline | Complains regarding CR 70106 |
| 02/17/2020 | WCI-2020-2822 | 6 - Personal Physical Conditions | Alleges issue with the drinking water |
| 02/24/2020 | WCI-2020-3248 | 6 - Personal Physical Conditions | Alleges issues with the drinking water |
| 04/23/2020 | WCI-2020-7188 | 7 - Personal Property | Claims his radio was missing after his TLU |
| 05/22/2020 | WCI-2020-8956 | 7 - Personal Property | Complains regarding a 90 day hold on his fan and headphones |
| 10/21/2020 | WCI-2020-18247 | 7 - Personal Property | Claims his fan is missing after TLU |
| 12/28/2020 | WCI-2020-22273 | 4 - Medical | Complains that his Gabapentin was discontinued |
| 01/04/2021 | WCI-2021-55 | 4 - Medical | Complains he was receiving a blood draw every 2 days |
| 01/27/2021 | WCI-2021-1502 | 4 - Medical | Claims nurse Rob made fun of his injuries and made him wait in HSU for 8 hours |

# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 91384 - ANDERSON, JOHN M.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 02/04/2021 | WCI-2021-1999 | 4 - Medical | Complains that he is not being prescribed Gabapentin |
| 02/08/2021 | WCI-2021-2103 | 17 - Inmate Accounts | Complains he was charged for two copay for 11/23/20 |
| 03/29/2021 | WCI-2021-4782 | 4 - Medical | Claims HSU is placing things in his Milk of Magnesia |
| 05/25/2021 | WCI-2021-8168 | 4 - Medical | Complains that he was prescribed medication that he gets life threatening side effects from |
| 08/09/2021 | WCI-2021-12048 | 2 - Correspondence & Publications | Complains regarding the denial of a publication |
| 11/19/2021 | WCI-2021-17703 | 17 - Inmate Accounts | Complains he has not received his refund |
| 02/28/2022 | WCI-2022-3605 | 19 - Confidentiality of & Access to Protected Health Information | Claims there is false information in his HSU file |
| 04/06/2022 | WCI-2022-5530 | 12 - Other | Claims he received liver/kidney damage from WCI water |
| 04/12/2022 | WCI-2022-5836 | 4 - Medical | Complains labs results were based on a previous draw and not the 4/1/22 draw |
| 05/09/2022 | WCI-2022-7131 | 4 - Medical | Complains that he is not being given an MRI |
| 05/16/2022 | WCI-2022-7523 | 4 - Medical | Complains he was prescribed medications that gave him liver disease |
| 05/26/2022 | WCI-2022-8108 | 4 - Medical | Complains he is not receiving an MRI or x-rays |
| 05/31/2022 | WCI-2022-8258 | 4 - Medical | Claims Dr Jean-Pierre is retaliating against him by not seeing him for a head injury |
| 06/06/2022 | WCI-2022-8610 | 4 - Medical | Complains he did not receive a medical assessment after returning from off site |
| 06/14/2022 | WCI-2022-9147 | 4 - Medical | Complains a PSA has not been done |
| 06/27/2022 | WCI-2022-9629 | 19 - Confidentiality of & Access to Protected Health Information | Complains regarding medical records |
| 07/11/2022 | WCI-2022-10351 | 4 - Medical | Complains he did not receive pain medication |
| 07/12/2022 | WCI-2022-10467 | 4 - Medical | Claims his eye was misdiagnosed |
| 07/18/2022 | WCI-2022-10661 | 2 - Correspondence & Publications | Complains regarding NOND |
| 07/26/2022 | WCI-2022-11241 | 19 - Confidentiality of & Access to Protected Health Information | Complains of issue in his HSU file |
| 08/01/2022 | WCI-2022-11488 | 19 - Confidentiality of & Access to Protected Health Information | Complains regarding information is his file |
| 08/10/2022 | WCI-2022-12052 | 19 - Confidentiality of & Access to Protected Health Information | Complains regarding information in his HSU file |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 08/29/2022 | WCI-2022-12953 | 4 - Medical | Complains HSU will not see him for his painful bladder syndrome |
| 08/31/2022 | WCI-2022-13134 | 4 - Medical | Complains he is not being seen by a Urologist |
| 09/08/2022 | WCI-2022-13607 | 19 - Confidentiality of & Access to Protected Health Information | Claims staff discussed his medical with a doctor not in his presence |
| 09/16/2022 | WCI-2022-14079 | 4 - Medical | Complains he was not given the amount of medication prescribed by an outside provider |
| 09/29/2022 | WCI-2022-14709 | 12 - Other | Complains Emily Davidson lied to the court |
| 10/11/2022 | WCI-2022-15330 | 15 - ICRS | Complains regarding WCI-2022-14709 |
| 10/17/2022 | WCI-2022-15562 | 4 - Medical | Complains he is not being prescribed pain medications *no attachments accompanied this submission as the inmate indicates* |
| 11/14/2022 | WCI-2022-17022 | 15 - ICRS | Claims the recommendation of WCI-2022-10661 is not being implemented |
| 11/22/2022 | WCI-2022-17493 | 19 - Confidentiality of & Access to Protected Health Information | complains regarding information in his medical file |
| 12/15/2022 | WCI-2022-18618 | 4 - Medical | Complains his Acyclovir was discontinued |
| 12/28/2022 | WCI-2022-19242 | 12 - Other | Claims the business office lost his legal paperwork |
| 01/03/2023 | WCI-2023-7 | 4 - Medical | complains he is not being treated for herpes |
| 01/09/2023 | WCI-2023-366 | 19 - Confidentiality of & Access to Protected Health Information | Complains regarding information in his file |
| 04/18/2023 | WCI-2023-5520 | 7 - Personal Property | complains regarding contraband glasses |
| 04/24/2023 | WCI-2023-5866 | 7 - Personal Property | claims property is missing |
| 05/03/2023 | WCI-2023-6458 | 12 - Other | claims his lawyer call was denied |
| 05/22/2023 | WCI-2023-7482 | 7 - Personal Property | complains he is not receiving his new fan |
| 06/05/2023 | WCI-2023-8196 | 12 - Other | complains he was denied recreation on 6/1 |
| 06/19/2023 | WCI-2023-9060 | 4 - Medical | complains he does not agree with the medication that was prescribed |
| 07/12/2023 | WCI-2023-10351 | 12 - Other | claims he is being denied legal library |
| 07/24/2023 | WCI-2023-10892 | 4 - Medical | complains he is not receiving a cortisone shot |
| 08/03/2023 | WCI-2023-11538 | 4 - Medical | claims the nurse destroyed confidential protective health records |
| 08/14/2023 | WCI-2023-12010 | 4 - Medical | complains he is not receiving a cortisone shot |
| 09/05/2023 | WCI-2023-13260 | 4 - Medical | complains he is not being seen for eye pain |
| 10/09/2023 | WCI-2023-15204 | 17 - Inmate Accounts | complains regarding deductions for 01CF5077 that has been paid already |

# State of Wisconsin
**Department of Corrections**
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 91384 - ANDERSON, JOHN M.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|

*\*\*\* End of Report \*\*\**