**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-410 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

---

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 06/05/2023 |
| Date Complaint Received: | 06/05/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he was denied recreation on 6/1 |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

Print Date: June 05, 2023
Page 1 of 1
** ICRS CONFIDENTIAL **
Institution Complaint Examiner's Office

**EXHIBIT 1001 - 1**

Case 2:23-cv-01430-WED Filed 03/25/24 Page 1 of 19 Document 32-2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:**

Date Complaint Acknowledged: 06/05/2023

Inmate Contacted? No

Date Complaint Received: 06/05/2023

Subject of Complaint: 12 - Other

Document(s) Relied Upon: DOC 310
Inmate Handbook

Brief Summary: complains he was denied recreation on 6/1

Summary of Facts: TM Inmate Anderson is complaining that he was denied recreation on 6/1 with no due process. He also states he is not on any loss of recreation sanctions and this is violating his due process rights.

WCI has been operating under modified movement since 3/30/23. Inmate is advised the administrative rules have already been suspended. Along with that, movement has changed, shower schedules, corresponding linen exchanges and other modifications to institution operations have been made.

Due to the number of inmates not following rules designed for an orderly and safer operation it has become necessary to enforce security precautions, which have been approved by the Warden, and instituted in response to the number of inmate's engaging in intolerable behavior. Restrictions are not punishment. The actions are clearly documented. The discretionary actions are being taken in order to ensure the safety of staff and inmates and to move forward back to normalcy.

Inmates are required to stand for count at 6:00am, 12:00 pm (noon), 5:00 p.m. and 9:00 p.m. Inmates must be dressed (shirt and pants required) and stand in clear view near the front of their cell with their cell light on during count. They are also not to cover or hang anything from the cell windows, cell bars, end of the bed, side of the bed, light fixture, or the vents. Staff are logging, while doing count, and at other times, that the inmates are following these rules. These rules exist for the inmates so staff can observe they are safe. Inmates are being given two chances to follow the cell hall rules and on the third refusal to comply with the rules, on the next scheduled recreation day, the inmate is not allowed to attend that recreation period.

Inmate Anderson on 5/28 did not stand for count at 5pm, 9pm counts, 5/29 did

Print Date: June 19, 2023 Page 1 of 2 Institution Complaint Examiner's Office
** ICRS CONFIDENTIAL **
EXHIBIT 1001 - 2
Case 2:23-cv-01430-WED Filed 03/25/24 Page 2 of 19 Document 32-2

# ICE REPORT
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

not stand for 6am, 9pm counts. Due to the non-compliance he was denied to attend recreation on 6/1. Inmate Anderson is aware of the cell hall rules. The security precautions are something necessitated in order to maintain orderly operation of the institution and to provide a safer environment for staff and other inmates.

Dismissal is recommended as the institution is on lockdown and administrative rules are currently suspended and the ICE will not intercede upon discretionary actions taken in order to ensure the safety of staff and inmates.

ICE Recommendation: Dismissed

Recommendation Date: 06/09/2023

T. Moon - Institution Complaint Examiner

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 06/05/2023 |
| Date Complaint Received: | 06/05/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he was denied recreation on 6/1 |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 06/15/2023 |

R. Hepp - Warden

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

EXHIBIT 1001 - 4

# CCE RECEIPT
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 06/22/2023 |
| Date Appeal Received: | 06/22/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he was denied recreation on 6/1 |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

# CCE REPORT
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

Date Appeal Acknowledged: 06/22/2023

Date Appeal Received: 06/22/2023

Subject of Complaint: 12 - Other

Brief Summary: complains he was denied recreation on 6/1

Method of Disposition: Review on Record? Yes Investigation? No

Person(s) Contacted: DAI Assistant Administrator

Document(s) Relied Upon: Complaint, Appeal, 4.18.2023 Memo

CCE's Recommendation: Dismissed

The institution addressed the complaint. As noted by the facility, operations are modified due to PIOC behavior, that includes continued suspension of the administrative rules. On April 18, 2023, the Warden provided a memorandum to all PIOC at WCI clearly communicating the expectations of the population. These expectations included:
standing count, clear cell fronts, No items passed between cells, refraining from throwing garbage out of the trap, and reduced volume in the hall.

Despite the Warden's communication to the population, there continues to be non compliance with the basic rules and expectations of behavior in the facility.

The complainant is encouraged and expected to follow the rules of the facility.

Recommendation Date: 07/21/2023

E. Davidson - Corrections Complaint Examiner

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WCI-2023-8196
# * * * ICRS CONFIDENTIAL * * *

**To:** ANDERSON, JOHN M. - #91384
UNIT: _N-_D -- _D30-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 06/22/2023 |
| Date Appeal Received: | 06/22/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he was denied recreation on 6/1 |
| Person(s) Contacted: | DAI Assistant Administrator, OOS |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 07/21/2023 in the above appeal: The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. Administrative Rules have been suspended at WCI and the OOS supports the current operations. |
| Decision Date: | 08/09/2023 |

C. O'Donnell - Office of the Secretary



# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

Date Complaint Acknowledged: June 05, 2023

Date Complaint Received: June 05, 2023

Subject of Complaint: 12 - Other

Brief Summary: complains he was denied recreation on 6/1

**ICE Recommendation Information: (Signed on 6/9/23 11:48:48AM):**

Document(s) Relied Upon: DOC 310
Inmate Handbook

ICE's Summary of Facts:

TM Inmate Anderson is complaining that he was denied recreation on 6/1 with no due process. He also states he is not on any loss of recreation sanctions and this is violating his due process rights.

WCI has been operating under modified movement since 3/30/23. Inmate is advised the administrative rules have already been suspended. Along with that, movement has changed, shower schedules, corresponding linen exchanges and other modifications to institution operations have been made.

Due to the number of inmates not following rules designed for an orderly and safer operation it has become necessary to enforce security precautions, which have been approved by the Warden, and instituted in response to the number of inmate's engaging in intolerable behavior. Restrictions are not punishment. The actions are clearly documented. The discretionary actions are being taken in order to ensure the safety of staff and inmates and to move forward back to normalcy.

Inmates are required to stand for count at 6:00am, 12:00 pm (noon), 5:00 p.m. and 9:00 p.m. Inmates must be dressed (shirt and pants required) and stand in clear view near the front of their cell with their cell light on during count. They are also not to cover or hang anything from the cell windows, cell bars, end of the bed, side of the bed, light fixture, or the vents. Staff are logging, while doing count, and at other times, that the inmates are following these rules. These rules exist for the inmates so staff can observe they are safe. Inmates are being given two chances to follow the cell hall rules and on the third refusal to comply with the rules, on the next scheduled recreation day, the inmate is not allowed to attend that recreation period.

Inmate Anderson on 5/28 did not stand for count at 5pm, 9pm counts, 5/29 did not stand for 6am, 9pm counts. Due to the non-compliance he was denied to attend recreation on 6/1. Inmate Anderson is aware of the cell hall rules. The security precautions are something necessitated in order to maintain orderly operation of the institution and to provide a safer environment for staff and other inmates.

Dismissal is recommended as the institution is on lockdown and administrative rules are currently suspended and the ICE will not intercede upon discretionary actions taken in order to ensure the safety of staff and inmates.


# State of Wisconsin
## Department of Corrections
# GENERAL REPORT ON INMATE COMPLAINT

ICE's Recommendation: Dismissed

ICE's Recommendation Date: June 09, 2023

**RA's Decision Information: (Signed on 6/15/23 5:10:00PM):**

RA's Decision: Dismissed

RA's Decision Date: June 15, 2023

**Appeal to CCE Information:**

Date Appeal Acknowledged: June 22, 2023

Date Appeal Received: June 22, 2023

**CCE's Recommendation Information: (Signed on 7/21/23 3:12:43PM):**

Person(s) Contacted: DAI Assistant Administrator

Document(s) Relied Upon: Complaint, Appeal, 4.18.2023 Memo

CCE's Summary: The institution addressed the complaint. As noted by the facility, operations are modified due to PIOC behavior, that includes continued suspension of the administrative rules. On April 18, 2023, the Warden provided a memorandum to all PIOC at WCI clearly communicating the expectations of the population. These expectations included:
standing count, clear cell fronts, No items passed between cells, refraining from throwing garbage out of the trap, and reduced volume in the hall.

Despite the Warden's communication to the population, there continues to be non compliance with the basic rules and expectations of behavior in the facility.

The complainant is encouraged and expected to follow the rules of the facility.

CCE's Recommendation: Dismissed

CCE's Recommendation Date: July 21, 2023

**OOS' Decision Information: (Signed on 8/9/23 9:20:45AM):**

Person(s) Contacted: DAI Assistant Administrator, OOS

OOS' Summary: The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 07/21/2023 in the above appeal: The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. Administrative Rules have been suspended at WCI and the OOS supports the current operations.

OOS' Decision: Dismissed

OOS' Decision Date: August 09, 2023



Case 2:23-cv-01430-WED Filed 03/25/24 Page 10 of 19 Document 32-2

EXHIBIT 1001 - 10

# State of Wisconsin
Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-8196

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 06/05/2023 10:50:15AM | Tonia Moon | WCI | 91384 | 06/05/2023 1:54:21PM | Tonia Moon |
| ICE Report | 06/15/2023 5:10:00PM | Randall Hepp | WCI | 91384 | 06/19/2023 1:31:38PM | Tonia Moon |
| RA Report | 06/15/2023 5:10:00PM | Randall Hepp | WCI | 91384 | 06/19/2023 1:31:39PM | Tonia Moon |
| CCE Receipt | 06/22/2023 1:22:02PM | Matthew Greenwood | WCI | 91384 | 06/22/2023 2:11:20PM | Tonia Moon |
| CCE Report | 08/09/2023 9:20:45AM | Cindy O'Donnell | WCI | 91384 | 08/09/2023 2:12:42PM | Brian Kolb |
| OOS Report | 08/09/2023 9:20:45AM | Cindy O'Donnell | WCI | 91384 | 08/09/2023 2:12:42PM | Brian Kolb |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

Enclosed is a copy of Correspondence Sent To All Parties- Please Return immediate

# INMATE COMPLAINT

OFFICE USE ONLY

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| JUN 05 2023 | 12 | WCI 2023 8196 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| John M. Anderson | 91384 | NCH D-30 | WCI. |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| NCH. | 6-1-23 | unknown |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

WCI warden Hepp, AKA John Doe, WCI Deputy warden, WCI Yanna Pusch, Capt. Bauer, Capt. Tritt, Dept. of Corrections AKA. all security WCI personel. WCI Corrections officers John Does, Jane Does. ~~Bear~~ denied recreation without Notice or hearings. Fire them

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

WCI warden, ~~[illegible]~~ WCI Deputy warden, WCI Yanna Pusch, Capt. Bauer, Capt. Tritt Dept. of Corrections WCI John Doe, Jane Doe's CO's. on 6-2-23 warden office P. Johnson responded - informing me that my Recreation was taken because I have not been standing for count / and covering my ~~wind~~ window. Nothing done about it.

What are the details surrounding this complaint?

On the above date 6-1-23 on or about I was told that I can not go to Recreation ~~[illegible]~~ As they were letting others out for Recreation inmates. I then asked why? John Doe C.O. informed me because I was not standing for count. on numerous occassions previously and presently. I then told him that I have been Denied Recreation each and every time. on previous occassions. And that I should have been given a opportunity to be heard before my Recreation was taken.? I explained that I am 62 years old And Need air, outside sun, and need to excersise. But all fell on deaf ears. I have wrote to each and every WCI Staff mentioned above. But was told by P. Johnson warden office my Recreation has been taken for not standing for count and covering my cell window. others did not Response.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| John Anderson | 6-4-23 |

**DISTRIBUTION**: Original – ICTS

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

- **(a)** Be submitted on a complaint form provided by the department.
- **(b)** Be legibly handwritten or typed.
- **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
- **(d)** Include the inmate's original signature.
- **(e)** Not exceed 500 words total and not exceed two pages.
- **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:

- (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
- (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

- (a) Complaints rega[illegible]g the inmate's health and personal safety.
- (b) Complaints r[illegible]r PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION**: Original – ICTS

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-405 (Rev. 4/2018)

Pge 1 of 2

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT APPEAL

**INSTRUCTIONS: COMPLETE ALL SECTIONS OF FORM.**

- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.
- Rejected complaints can only be appealed to the appropriate Reviewing Authority. Their decision is final.
- Submitted documentation will not be returned.
- You must use a DOC-400B if additional space is needed.
- Keep the copy of this request for your records and send the original, in a sealed envelope via US Mail, to:

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

JUN 22 2023

| INMATE NAME | DOC NUMBER | FACILITY | DOC COMPLAINT FILE NUMBER |
|---|---|---|---|
| John Anderson | 91384 | WCI | WCI-2023-8196. |

**STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY.**

It is cruel & unusual punishment to accuse me of violating institution Rules and then take Recreation away from me. without an hearing or any form of Due process to determine if I am guilty of any Rule or subject me to loss rec. Just one fabricating & circumventing story's as if I am violating Rules. covering my window or not standing up for count. In which is a complete lie. with Due process then this institutional violates all DOC Rules. Moreover, I have been experiencing extreme back pains, leg pins and mental hardships from not being able to attend at all since march 31, 2023 to date not just once but all the time based on a lie as if I am covering my window and not standing for count. If The Administrative Rules are suspended then I should be able to attend rec. whether standing for count or not. But I have been following all Rules. It is a lie without Due process - finding guilty.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| John Anderson | 6-19-23 |

**DISTRIBUTION**: Original – ICTS File; Official Record – CCE Office File. This complaint should be affirmed in my favor.

# INSTRUCTIONS

## DOC 310.12 Review by Corrections Complaint Examiner (CCE).

**(1)** An inmate may appeal the reviewing authority decision within 14 days after the date of the decision by filing a typed or legibly printed request for review with the CCE on forms supplied for that purpose. The institution shall make these forms accessible to inmates.

**(2)** The CCE may accept, return, or recommend rejection of an appeal or complaint.

**(3)** The CCE will only address issues raised in the original complaint.

**(4)** The CCE shall return an appeal if any of the following apply:
- (a) An original complaint has not been filed except as provided under s. DOC 310.09.
- (b) The complaint has been rejected.
- (c) The appeal is premature.
- (d) The appeal does not list the complaint file number or contains more than one complaint file number.
- (e) The appeal does not meet the criteria listed under s. DOC 310.10(10).

**(5)** The CCE may recommend rejection of an appeal not filed in accordance with s. DOC 310.09.

**(6)** Upon good cause as determined by the CCE, an appeal filed later than 14 days after the date of the reviewing authority decision may be accepted.

**(7)** The CCE shall have full access to the institution, inmates, employees, and department records to investigate the appeal.

**(8)** The CCE shall give priority to health or personal safety complaints.

**(9)** For all accepted appeals, the CCE shall recommend that the reviewing authority decision be affirmed or dismissed, in whole or in part, and send its recommendation to the secretary within 45 days of receipt of the appeal. The CCE may extend the time for submitting a recommendation with notice provided to the inmate.

## DOC 310.13 Secretary's decision.

**(1)** The secretary shall make a decision within 45 days following receipt of the CCE's recommendation. The secretary may extend the time for making a decision for good cause with notice provided to the inmate.

**(2)** The secretary shall affirm or dismiss the CCE's recommendation, in whole or in part, or return the appeal to the CCE for further investigation.

**(3)** The secretary's decision is final.

**(4)** If the inmate does not receive the secretary's written decision within 90 days of the date of receipt of the appeal in the CCE's office, the inmate shall consider the administrative remedies to be exhausted, unless the time has been extended under sub. (1).

**DISTRIBUTION**: Original – ICTS File; Official Record – CCE Office File

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

JUN 22 2023

# INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| John Anderson | 91384 | D-30 NCH | WCI. |

I have been locked in this cell that is so small. I can barely move around in without knocking over things. I can not excersice in this cell because it is to small. plus the weather has been 80 degrees. Extremely Hot. I am 62 years old and need to excersise with fresh Air out doors. I have been experiencing problems breathing because of NO outside Rec and Fresh Air, back pain, leg pain and Extreme mental Stress Hardship. Because of not being able to excersise. It is Extremely to Hot to Exercise in a cell so small. I can barely move round without touching the other cell or bed.

People have been going to SSD, HSU. Rec and Showers. I have been denied Rec. on a lie. And without any Form of Due process. to asserting the truth if I have violated any administrative DOC Rules. It is Cruel & unusual punishment

I am experiencing chest pains from not Exercising because of NO Rec.

If the administrative Rules are suspended then Standing up for Count Should not be a Rule violation. or covering one's window. I have been following all Rules

the ICE Needs to be released. and I am requesting Money damages for my pain & suffering. And for not allowing me some type of hearing to determine if I violated any Rules

SIGNATURE OF INMATE: John M. Anderson

DATE SIGNED: 6-19-23

DISTRIBUTION: Original – ICTS

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

**Appeals shall meet all of the following requirements:**
(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION**: Original – ICTS

John M. Anderson 91384
Waupun Correctional Institution
Box 189
Phoenix MD ~~21131~~
21131

JUN 22 2023

MILWAUKEE WI 530
20 JUN 2023 PM 2 L

FOREVER USA
Barn Swallow

Corrections Complaint Examiner
Dept. of Corrections
Box 7925
Madison, WI
53707-7925

53707-792525

THIS LETTER HAS BEEN MAILED FROM
THE WISCONSIN PRISON SYSTEM

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016



# WISCONSIN DEPARTMENT OF CORRECTIONS

Governor Tony Evers / Secretary Kevin A. Carr

Waupun Correctional Institution

DATE: April 18, 2023

TO: The Population of WCI

FROM: Randall R. Hepp
Warden

SUBJECT: Update on Modified Movement, Activities and Expectations

On March 30, 2023 you received a correspondence explaining the need for restricted movement. In that correspondence I noted the need for a safe, secure, and orderly environment for everyone. Just as when I authored that message, many of you have continued to demonstrate behavior that supports such an environment. I thank you again for your positive example and maturity. I assure you we are working on ways to recognize your efforts and cooperation.

It is clear that a great many of you desire moving forward toward a more ordinary operation. I share that desire. However, before that first step can be taken, it is necessary to reestablish some expectations that should have been followed all along. When there is substantial compliance in meeting those expectations, it will be an indication that a cell hall or range(s) are coming nearer to resuming movement for that area. The initial expectations include:

1. Standing Count: Standing counts occur at 6:00 a.m., 11:45 a.m., 5:00 p.m., and 9:00 p.m. When count is announced, each person is expected to be standing with the cell light on. Counts are conducted not only for accountability but also to ensure the wellness of each person.
2. Cell Fronts: Cell fronts and bed frames are to be free of any items such as blankets, clothing or other articles to allow clear visibility into the cell/bunks at all times. Provided privacy curtains are for toilet use only. This topic will be examined further in the future.
3. "Fishing" Between Cells: There should be no items passed between cells or ranges by "fishing" from one cell to another. Damage and/or misuse of state or personal items for this purpose is not allowed.
4. Garbage/ Refuse: No items are to be thrown out of your cell onto the range. These items are to be properly disposed of when staff make rounds to collect garbage and other refuse.
5. Volume in the Cell Hall: It is expected that consideration be given to others who live in the cell hall. Conversations between cells should be maintained at a volume that does not interfere with others and should cease at times when it is expected others may be attempting to sleep. Volume of other activities should also be kept to a level that does not disturb others.

As stated earlier, these are expectations that should have been followed all along. They are not unreasonable and they can be met through individual choice by each person. As cooperation with these expectations increases, so does the potential for resuming more ordinary movement and a return to visits, work, education, groups, and recreation. There is no timetable for that to take place. The pace and extent for resuming activities will be based, in large part, on the pace and extent with which cooperation occurs.

I hope the example set by those who have shown they are responsible, mature, and accountable people will become the standard that all others will adopt for themselves. There is no doubt everyone desires a change from the current condition. However, that change can only take place when there is confidence that doing so can be accomplished safely and orderly. Following the basic expectations outlined in this message is the first step toward change. Each of you can be part of making that happen.

Cc: All WCI Staff
file