# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 542962 - KURKOWSKI, PATRICK R.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 10/21/2016 | FLCI-2016-23064 | 7 - Personal Property | Inmate complains he is missing some of his property that was either misplaced or packed up with his cellmate (Anthony Pearker #623237). |
| 05/09/2017 | FLCI-2017-12051 | 7 - Personal Property | Inmate complains he was denied his scissors in his property. |
| 04/20/2020 | KMCI-2020-6799 | 6 - Personal Physical Conditions | Inmate complains of staff not wearing PPE during COVID-19 pandemic. |
| 07/27/2020 | KMCI-2020-12817 | 8 - Rules | Inmate complains of bathroom rules. |
| 10/27/2020 | KMCI-2020-18645 | 4 - Medical | Inmate complains denied medical treatment for COVID. |
| 06/02/2023 | DCI-2023-8115 | 12 - Other | PIOC complains about canceled rec and no make up rec. |
| 07/20/2023 | DCI-2023-10764 | 12 - Other | PIOC complains his PREA complaint was disregarded |
| 08/21/2023 | WCI-2023-12447 | 12 - Other | complains he is not receiving more then one recreation period a week |
| 08/28/2023 | WCI-2023-12844 | 12 - Other | complains he did not receive recreation that week of 8/21/23 |

*\*\*\* End of Report \*\*\**

Case 2:23-cv-01430-WED   Filed 03/25/24   Page 1 of 1   Document 32-4

**EXHIBIT 1003**