**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-410 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE RECEIPT
## COMPLAINT NUMBER WCI-2023-12447
### * * * ICRS CONFIDENTIAL * * *

**To:** KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

Date Complaint Acknowledged: 08/21/2023

Date Complaint Received: 08/21/2023

Subject of Complaint: 12 - Other

Brief Summary: complains he is not receiving more then one recreation period a week

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

### Please write to the ICE if this issue is resolved before you receive an answer.

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-12447
# * * * ICRS CONFIDENTIAL * * *

**To:** KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:** **REJECTED**

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 08/21/2023 | Inmate Contacted? No |
| Date Complaint Received: | 08/21/2023 | |
| Subject of Complaint: | 12 - Other | |
| Document(s) Relied Upon: | DOC 310 | |
| Brief Summary: | complains he is not receiving more then one recreation period a week | |

Rejection Comment: TM  From DOC 310.07(2), "An inmate shall file a complaint within 14 days after the occurrence giving rise to the complaint. At the discretion of the ICE, a late complaint may be accepted for good cause. An inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing." Complains WCI is not offering four hours of recreation a week. That is the occurrence giving rise to this complaint and the date of occurrence is determined to be 3/29/23 when the modified schedule started. Just because the inmate decided to address the issue now does not start a new date of occurrence. It is beyond the 14-day time limit to file a complaint. Inmate makes no plea for good cause. He does not present evidence to show how he was denied the use of or inhibited in any way from using the ICRS since the date of the occurrence. The complaint is rejected as it fails to adhere to the stated filing requirement.

Rejection Code: Beyond 14 calendar day limit

Decision Date: 08/28/2023

T. Moon - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority.  The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-12447
# * * * ICRS CONFIDENTIAL * * *

**To:**  KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:** **REJECTED**

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

INSTITUTION COMPLAINT EXAMINER
WAUPUN CORRECTIONAL INSTITUTION
200 S. MADISON STREET
P. O. BOX 351
WAUPUN, WI  53963-0351

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | August 21, 2023 |
| Date Complaint Received: | August 21, 2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he is not receiving more then one recreation period a week |

**ICE Rejection Information:**    **(Signed on 8/28/23  3:48:35PM):**

| | |
|---|---|
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | TM  From DOC 310.07(2), "An inmate shall file a complaint within 14 days after the occurrence giving rise to the complaint. At the discretion of the ICE, a late complaint may be accepted for good cause. An inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing." Complains WCI is not offering four hours of recreation a week. That is the occurrence giving rise to this complaint and the date of occurrence is determined to be 3/29/23 when the modified schedule started. Just because the inmate decided to address the issue now does not start a new date of occurrence. It is beyond the 14-day time limit to file a complaint. Inmate makes no plea for good cause. He does not present evidence to show how he was denied the use of or inhibited in any way from using the ICRS since the date of the occurrence. The complaint is rejected as it fails to adhere to the stated filing requirement. |
| ICE's Recommendation: | Rejected - Beyond 14 calendar day limit |
| ICE's Recommendation Date: | August 28, 2023 |



# State of Wisconsin
### Department of Corrections

## DISTRIBUTION ITEMS
## for  COMPLAINT NUMBER WCI-2023-12447

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|------|-------------|-----------|---------|-----------|------------|------------|
| ICE Receipt | 08/21/2023  11:30:08AM | Tonia Moon | WCI | 542962 | 08/22/2023  3:08:18PM | Tonia Moon |
| ICE Rejection | 08/28/2023  3:48:35PM | Tonia Moon | WCI | 542962 | 08/29/2023  2:24:41PM | Brian Kolb |

# Health concerns

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

## INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| AUG 2 1 2023 | 12 | WCI 2023 12447 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form.  Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed.  See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT D-37 | FACILITY |
|---|---|---|---|
| Patrick Burkowski | 542962 | North | WCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| North Cell Hall | Aug 20th 2023 | 12 pm |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint.  What remedial action are you requesting?

#Health concerns — Lack of Recreation Physically per week (4 hrs) Mentally + emotionally

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint?  Send any documentation you have, that supports your attempt to resolve your claims.

I've sent in a Request for structered Rec + my name be put on list like handbook requires me to do I still have not recieved it back in 3 weeks

What are the details surrounding this complaint?

It is decreacing my health being locked in my cell 24 hrs a day Other) than 1 Rec per week I've recieved since I've been here July 27th 2023. I'm losing more hair getting Dry skin patches w/ lack of sunlight + feeling week not being able to Move around in full Motion.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| [signature] | Aug 20th 2023 |

**DISTRIBUTION**: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

*Health Concerns*

**WISCONSIN**
Administrative Code
Chapter DOC 310

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

   **(a)** Be submitted on a complaint form provided by the department.

   **(b)** Be legibly handwritten or typed.

   **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.

   **(d)** Include the inmate's original signature.

   **(e)** Not exceed 500 words total and not exceed two pages.

   **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:

   (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.

   (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

   (a) Complaints regarding the inmate's health and personal safety.

   (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS