# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-12844
# * * * ICRS CONFIDENTIAL * * *

**To:** KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 08/28/2023 |
| Date Complaint Received: | 08/28/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he did not receive recreation that week of 8/21/23 |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-12844
# * * * ICRS CONFIDENTIAL * * *

**To:** KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:** **REJECTED**

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 08/28/2023 | Inmate Contacted? No |
| Date Complaint Received: | 08/28/2023 | |
| Subject of Complaint: | 12 - Other | |
| Document(s) Relied Upon: | DOC 310 | |
| Brief Summary: | complains he did not receive recreation that week of 8/21/23 | |
| Rejection Comment: | TM  Inmate complains he did not receive recreation the week of 8/21/23 and the SCH and the NWCH did.<br><br>On 8/25/23 recreation was started in the NWCH but do to an emergency recreation was closed. No cell halls received recreation on 8/25/23. His cell hall is also not the only cell hall to not receive recreation the week of 8/21/23. Due to heat indexes of over 100 degrees no cell halls attended recreation. From DOC 310.06  Scope of complaint review system, "(1)  An inmate may use the ICRS to raise issues regarding policies, rules, living conditions, or employee actions that personally affect the inmate or institution environment."  After review of the submission,  the complaint is rejected in accordance with DOC 310.10(6)(c) which states: "(c)  The issue lacks merit or is otherwise frivolous." | |
| Rejection Code: | Complaint lacks merit or is otherwise frivolous. | |
| Decision Date: | 08/28/2023 | |

*[signature]*

T. Moon - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority.  The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-12844
# * * * ICRS CONFIDENTIAL * * *

**To:** KURKOWSKI, PATRICK R. - #542962
UNIT: _N-_D -- _D37-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:** **REJECTED**

INSTITUTION COMPLAINT EXAMINER
WAUPUN CORRECTIONAL INSTITUTION
200 S. MADISON STREET
P. O. BOX 351
WAUPUN, WI  53963-0351

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.



GENERAL REPORT
WCI-2023-12844

# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | August 28, 2023 |
| Date Complaint Received: | August 28, 2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | complains he did not receive recreation that week of 8/21/23 |

**ICE Rejection Information:** (Signed on 8/28/23 3:00:49PM):

| | |
|---|---|
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | TM Inmate complains he did not receive recreation the week of 8/21/23 and the SCH and the NWCH did.<br><br>On 8/25/23 recreation was started in the NWCH but do to an emergency recreation was closed. No cell halls received recreation on 8/25/23. His cell hall is also not the only cell hall to not receive recreation the week of 8/21/23. Due to heat indexes of over 100 degrees no cell halls attended recreation. From DOC 310.06 Scope of complaint review system, "(1) An inmate may use the ICRS to raise issues regarding policies, rules, living conditions, or employee actions that personally affect the inmate or institution environment." After review of the submission, the complaint is rejected in accordance with DOC 310.10(6)(c) which states: "(c) The issue lacks merit or is otherwise frivolous." |
| ICE's Recommendation: | Rejected - Complaint lacks merit or is otherwise frivolous. |
| ICE's Recommendation Date: | August 28, 2023 |



# State of Wisconsin
**Department of Corrections**

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-12844

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 08/28/2023 2:58:40PM | Tonia Moon | WCI | 542962 | 08/29/2023 2:24:40PM | Brian Kolb |
| ICE Rejection | 08/28/2023 3:00:49PM | Tonia Moon | WCI | 542962 | 08/29/2023 2:24:41PM | Brian Kolb |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

DATE RECEIVED: AUG 28 2023
COMPLAINT CODE: 12
COMPLAINT FILE NUMBER: WCI 2023 12844

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

INMATE NAME: Patrick Markoceski
DOC NUMBER: 542962
HOUSING UNIT: North D-32
FACILITY: WCI

LOCATION OF INCIDENT: North Cell Hall
DATE OF INCIDENT: Aug 20th - 26th 2023
TIME OF INCIDENT:

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Health concerns - Mentally, physically, & emotionally. Receiving no recreation for this entire week Aug 20th - 26th

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I was told we were going to have recreation just like the Southeast & Northwest cell halls got but we recieved none

What are the details surrounding this complaint?

This modified lockdown is cruel & unusual punishment. I feel like I'm being punished further for my crimes other than just being in a maximum security prison. I feel like I broke the rules somehow & am being treated as such.

SIGNATURE OF INMATE: [signature]
DATE SIGNED: Aug 26th 2023

DISTRIBUTION: Original – ICTS

**DEPARTMENT OF CORRECTIONS**  
Division of Adult Institutions  
DOC-400 (Rev. 3/2019)

**WISCONSIN**  
Administrative Code  
Chapter DOC 310

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
- **(a)** Be submitted on a complaint form provided by the department.
- **(b)** Be legibly handwritten or typed.
- **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
- **(d)** Include the inmate's original signature.
- **(e)** Not exceed 500 words total and not exceed two pages.
- **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
- (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
- (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
- (a) Complaints regarding the inmate's health and personal safety.
- (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS