# State of Wisconsin
## Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
#### Inmate: 114187 - DALBERG, KENNETH

*** Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden**
*** Lightly shaded complaints indicate that the complaint was appealed to the CCE Office**

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 02/13/2014 | NLCI-2014-3222 | 7 - Personal Property | Inmate Dalberg complains of being released from segregation and missing property. |
| 02/26/2014 | NLCI-2014-4135 | 14 - Classification | Inmate Dalberg complains SW Lobenstein made inaccurate conclusions stated in his Inmate Reclassification Report. |
| 05/27/2014 | NLCI-2014-10220 | 11 - Visiting | Inmate Dalberg complains of the decision to deny his nephew placement back onto his visiting list. |
| 05/30/2014 | NLCI-2014-10561 | 1 - Staff | Inmate Dalberg complains on 5-27-14 Officer Hollander "was observed indulging in several servings of state provided food, in direct violation of that allotted by DAI/DOC Policy & Procedure." |
| 06/21/2014 | NLCI-2014-12069 | 1 - Staff | Inmate Dalberg complains Officer Hollander was observed entering the unit servery and retrieving two cold trays that were saved from lunch, and took them to the officer's station and placed them on the counter and began to devour. |
| 06/24/2014 | NLCI-2014-12285 | 1 - Staff | Inmate Dalberg complains on 6-21-14 Officer Hollander "salvaged" a tray of food served on first shift earlier that day, used the dayroom microwave "intended for inmate use" and "devoured" the tray at approximately 3:15 pm, 1.25 hours into her shift. |
| 06/24/2014 | NLCI-2014-12286 | 1 - Staff | Inmate Dalberg complains on 6-22-14 Officer Hollander was observed "indulging" in three different helpings of state provided food. |
| 07/08/2014 | NLCI-2014-13229 | 15 - ICRS | Inmate Dalberg complains on 6-25-14 the five day deadline expired for the ICE to acknowledge a complaint he originally submitted on 6-10-14 which was returned to him on 6-17-14 and he re-submitted on 6-18-14. |
| 07/10/2014 | NLCI-2014-13390 | 1 - Staff | Inmate Dalberg complains of Officer Hollander's behavior on 7-5-14 and states, "The purpose of this complaint is to address the fact that C/O Hollander created a safety risk to the institution by vocalizing her dismay that a person has used the ICRS to address concerns of her violating Employee Work Rules, & Policies and Procedures; acting in retribution!" |
| 07/10/2014 | NLCI-2014-13391 | 1 - Staff | Inmate Dalberg complains of Officer Hollander's behavior on 7-5-14 where she made snide remarks in a vengeful manner about him using the ICRS. |
| 07/17/2014 | NLCI-2014-13946 | 1 - Staff | Inmate Dalberg complains of Sgt. Dutscheck's actions on 7-5-14, during second shift. |
| 07/22/2014 | NLCI-2014-14293 | 15 - ICRS | Inmate Dalberg complains he believes the ICE appears to be "purposely" putting a spin on his "interpretation" of complaint materials to avoid actually investigating or addressing the issues he has put in front of him on two recent occasions. |
| 08/29/2014 | NLCI-2014-17011 | 1 - Staff | Inmate Dalberg complains that CO Hollander left the servery, leaving inmate workers unsupervised and stole an open case ice cream cups. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 09/30/2014 | NLCI-2014-19185 | 1 - Staff | Inmate Dalberg complains on 9-20-14 at 3:20 pm, he observed Officer Vines eating a "save tray" from the lunch menu which constitutes a work rule violation as this was an unauthorized time to eat because staff are only supposed to eat after all inmates have been fed. |
| 10/10/2014 | NLCI-2014-19949 | 1 - Staff | Inmate Dalberg complains Officer Vines violated policy and procedure by picking up inmate mail prior to the dayroom closing on 10-5-14. He states Officer Vines picked up mail at 2030 hours and also at 2130 hours which violated DAI 309.04.01. |
| 10/10/2014 | NLCI-2014-19968 | 7 - Personal Property | Inmate Dalberg complains Officer Vines and Officer Dorow performed a cell search on 10-4-14 and during that search, they moved his television from the end of his bunk and to do so, the coaxial cable had to be unhooked, and, while doing so, they loosened the mounting of the coaxial cable to the circuit board. |
| 10/14/2014 | NLCI-2014-20188 | 1 - Staff | Inmate Dalberg complains of Officer Hollander on B-Unit. |
| 11/25/2014 | NLCI-2014-23429 | 1 - Staff | Inmate Dalberg complains of Officer Vines on B-Unit. |
| 11/26/2014 | NLCI-2014-23427 | 1 - Staff | Inmate Dalberg complains of Officer Holsclaw on B-Unit. |
| 12/01/2014 | NLCI-2014-23426 | 1 - Staff | Inmate Dalberg complains of Officer Liebl in HSU. |
| 12/05/2014 | NLCI-2014-23755 | 1 - Staff | Inmate Dalberg complains of Officer Holsclaw on B-Unit. |
| 01/30/2015 | NLCI-2015-1985 | 1 - Staff | Inmate Dalberg complains of Maintenance Supervisor Mr. Pleuss. |
| 02/20/2015 | NLCI-2015-3425 | 10 - Work & School Programs | Inmate Dalberg complains of "unfair hiring practices being committed & allowed by Dept. staff in violation of DAI/DOC Policy & Procedure". |
| 03/27/2015 | NLCI-2015-5659 | 1 - Staff | Inmate Dalberg complains of Officer Vines on B-Unit. |
| 03/27/2015 | NLCI-2015-5673 | 1 - Staff | Inmate Dalberg complains Nurse Johnson "has it set in her mind that she has the authority to seize and even destroy inmates personal property without allowing them due process to challenge such objection, specifically over-the-counter (OTC) medications, ointments, salves, etc.". |
| 03/27/2015 | NLCI-2015-5674 | 1 - Staff | Inmate Dalberg complains of items being discarded by staff when he was placed in TLU. |
| 04/09/2015 | NLCI-2015-6598 | 8 - Rules | Offender Dalberg complains of New Lisbon Correctional Institution/Staff not supplying newly admitted inmates to TLU, Disciplinary Separations, or other applicable statuses with all "NECESSITIES" as listed in DOC 303.73 (2); specifically the "comb". |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 05/26/2015 | NLCI-2015-9419 | 1 - Staff | Inmate Dalberg complains that on 5/9/15 Officer Vines, while working in RHU on second shift did not provide him with the proper medications that were prescribed to him nor gave him the opportunity to go over the medications that were as needed. Inmate states, "Officer Vines developed an attitude when I couldn't tell him all of the names of the medications that I was on," so the officer decided he wasn't going to give me any. Officer Vines stated, "If you can't tell me what medications you want then I'm just not going to give you any of them." "Now what are you going to do, RIOT?" |
| 09/25/2015 | NLCI-2015-17932 | 7 - Personal Property | Inmate Dalberg complains of the pack-up process of his medication items/personal property (OTC)over the counter meds being destroyed/taken without his knowledge. |
| 02/05/2016 | NLCI-2016-2589 | 3 - Discipline | I/M Dalberg complains of issues related to CR #2748535. |
| 02/12/2016 | NLCI-2016-3112 | 7 - Personal Property | I/M complains CO Babcock threw away his personal property, Dawn Dish Soap and a Popular Mechanics magazine, during a TLU pack up. |
| 03/22/2016 | NLCI-2016-6087 | 7 - Personal Property | Inmate Dalberg complains that when he was packed up for TLU he had OTC Nasal Saline Spray, Antifungal Cream and a neoprene ankle support and when he was released back to GP those things are missing. States that he was told they were sent to HSU and now they are missing. |
| 03/28/2016 | NLCI-2016-6542 | 7 - Personal Property | Inmate Dalberg complains of missing items from his TLU pack up by Co. Babcock, states he became aware of the missing items when he unpacked his things on 3/19/16.<br><br>Inmate states he is missing 2 of 4 white handkerchiefs, a bottle of pine scented prayer oil (would appear to be near empty, but states a little goes along way), (roughly about 20 packets of each of the following are missing)artificial sweetener packets, salt and pepper packets and horseradish packets also a bag of q-tips and small dispenser box. |
| 04/08/2016 | NLCI-2016-7529 | 4 - Medical | Inmate Dalberg complains that he hasn't been issues a special pair of pediatric shoes due to him being diabetic. |
| 06/23/2016 | NLCI-2016-12970 | 17 - Inmate Accounts | Inmate Dalberg complains that his 90 days of being placed in VUNA status isn't be calculated correctly by the Business Office. |
| 11/18/2016 | NLCI-2016-25882 | 7 - Personal Property | Inmate Dalberg complains about being denied by the property dept. supervisor approved property from an outside vendor due to it not being offered in the current vendor catalogs.- fabric ribbon(s) for the Brother model typewriter. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 01/13/2017 | NLCI-2017-1542 | 1 - Staff | Inmate complains that staff failed to provide a completed DOC-237 as inventory proof of possession of OTC medications (personally purchased) that were sent to HSU upon TLU.<br><br>*Please provide ICE with copies of receipts and a listing of the medications that you are missing, along with a copy of your TLU DOC-236, not later than 01/19/16. |
| 02/03/2017 | NLCI-2017-3947 | 17 - Inmate Accounts | Inmate Dalberg complains that check# 3700673 was issued to State Public Defenders Office, and was without proper/legal authorization, deducted from his regular acct. rather than his release account as directed on his DOC-184 form. |
| 02/27/2017 | WCI-2017-5759 | 7 - Personal Property | Complains regarding missing/damaged property upon arrival at WCI from NLCI. |
| 02/28/2017 | WCI-2017-5921 | 7 - Personal Property | Alleges missing/damaged property upon arrival at WCI from NLCI. |
| 03/09/2017 | WCI-2017-6830 | 7 - Personal Property | Alleges property items missing upon TLU placement in RHU. |
| 03/20/2017 | WCI-2017-7730 | 26 - Psychiatry | Complains regarding discontinuation of Citalopram. |
| 03/31/2017 | WCI-2017-8746 | 12 - Other | \*\*\*Alleges copy request sent to "RHU Sgt. Dept." is now missing. |
| 03/31/2017 | WCI-2017-8755 | 12 - Other | \*\*\*Alleges documents sent to the Property Department have not been returned. |
| 04/28/2017 | WCI-2017-11200 | 26 - Psychiatry | Alleges at NLCI, Dr. Reynolds prescribed dangerous mixture of medications. |
| 05/24/2017 | WCI-2017-13357 | 7 - Personal Property | \*\*\*Alleges Property Department is not sending out disposed property. |
| 06/28/2017 | WCI-2017-16477 | 4 - Medical | Denied cuff in front special needs restriction.<br><br>*JM - 6/28/17 - Additional documents submitted are being returned as they do not pertain to the 6/27/17 denial.* |
| 08/28/2017 | WCI-2017-21957 | 4 - Medical | Complains regarding Special Needs Committee denial of extra pillow. |
| 09/06/2017 | WCI-2017-22677 | 4 - Medical | Complains regarding denial of Special Needs Request for Long Strap. |
| 02/14/2018 | WCI-2018-3912 | 1 - Staff | Alleges Officer Olsen was touching medication during distribution process from blister pack. |
| 03/01/2018 | WCI-2018-5170 | 4 - Medical | Complains regarding denial of request for special thick mattress. |
| 05/10/2018 | WCI-2018-10493 | 4 - Medical | Complains regarding Co-Pay charge. |
| 07/23/2018 | WCI-2018-15642 | 12 - Other | \*\*\*Complains recreation calendar changed after purchase of calendar copy. |
| 09/10/2018 | WCI-2018-19180 | 4 - Medical | Complains regarding discontinuation of extra pillow special needs restriction. |
| 09/14/2018 | WCI-2018-19715 | 6 - Personal Physical Conditions | SCH Shower issue of 8/21/18. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 12/26/2018 | WCI-2018-26205 | 4 - Medical | Complains he is not being scheduled for surgery |
| 02/27/2019 | WCI-2019-3973 | 1 - Staff | Complains regarding Sgt. Demers' actions. |
| 04/18/2019 | WCI-2019-7228 | 4 - Medical | Alleges HSU failed to provide platelet inhibitor. |
| 06/05/2019 | WCI-2019-10010 | 22 - Dental | Complains regarding Co-Pay rules for diabetic dental procedures. |
| 08/28/2019 | WCI-2019-15147 | 17 - Inmate Accounts | \*\*\*Complains WICS deduction for Canteen Orders does not match WICS deduction for Canteen. |
| 09/03/2019 | WCI-2019-15409 | 17 - Inmate Accounts | \*\*\*Complains Canteen Order Receipts do not match Trust Account Statement. |
| 12/16/2019 | WCI-2019-21754 | 4 - Medical | \*\*\*Attributes remarks to HSU that appear contrary to Drug Testing Policy. |
| 03/16/2020 | WCI-2020-4607 | 4 - Medical | \*\*\*Complains regarding cancelled surgery. |
| 04/22/2020 | WCI-2020-7059 | 1 - Staff | Complains regarding Officer Layton and Sgt. Schmidt's actions of 4/10/20. |
| 06/30/2020 | WCI-2020-11172 | 6 - Personal Physical Conditions | \*\*\*Complains failure to prevent exposure to COVID-19. |
| 10/12/2020 | WCI-2020-17825 | 12 - Other | Claims his Gabapentin is missing |
| 11/30/2020 | WCI-2020-20783 | 6 - Personal Physical Conditions | \*\*\*Complains regarding shower schedule/frequency. |
| 02/08/2021 | WCI-2021-2186 | 12 - Other | Claims Union Supply overcharged him |
| 02/22/2021 | WCI-2021-2934 | 12 - Other | Complains he was denied a towel for showers |
| 03/01/2021 | WCI-2021-3272 | 1 - Staff | Complains staff purposely called him by another inmates name |
| 03/11/2021 | WCI-2021-3895 | 10 - Work & School Programs | \*\*\*Complains he was removed from school |
| 07/27/2021 | WCI-2021-11572 | 4 - Medical | Complains of medical treatment. |
| 08/05/2021 | WCI-2021-11903 | 12 - Other | Mr. Dalberg complains he is not receiving normal scheduled showers. |
| 09/20/2021 | WCI-2021-14277 | 12 - Other | Complains canteen contract is not meeting supply & demand needs |
| 10/04/2021 | WCI-2021-15003 | 1 - Staff | Complains staff skipped his medication |
| 11/09/2021 | WCI-2021-17133 | 17 - Inmate Accounts | Complains USG is out of stock of several items |
| 12/16/2021 | WCI-2021-19160 | 2 - Correspondence & Publications | Complains the DOC is using TextBehind |
| 12/29/2021 | WCI-2021-19843 | 17 - Inmate Accounts | Complains of canteen limits |
| 01/25/2022 | WCI-2022-1606 | 7 - Personal Property | Requests to purchase hobby item from outside vendor |
| 03/23/2022 | WCI-2022-4888 | 13 - Food | Alleges hard-boiled eggs were broken and inedible |
| 05/13/2022 | WCI-2022-7449 | 4 - Medical | Tylenol was discontinued |
| 07/11/2022 | WCI-2022-10337 | 4 - Medical | Denied extra pillow |
| 09/06/2022 | WCI-2022-13342 | 4 - Medical | Denied extra pillow |
| 01/09/2023 | WCI-2023-409 | 17 - Inmate Accounts | Challenges copy fee |

# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
#### by Date Received
**Inmate: 114187 - DALBERG, KENNETH**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 01/18/2023 | WCI-2023-795 | 17 - Inmate Accounts | Complains dandruff shampoo is out of stock through canteen |
| 02/13/2023 | WCI-2023-2109 | 4 - Medical | Claims HSU is not addressing his back pain |
| 03/17/2023 | WCI-2023-3826 | 4 - Medical | Complains his low bunk restriction was denied |
| 04/21/2023 | WCI-2023-5674 | 7 - Personal Property | Complains he has not received any contraband slip for property |
| 04/24/2023 | WCI-2023-5951 | 4 - Medical | Complains his Gabapentin was discontinued |
| 07/20/2023 | WCI-2023-10705 | 15 - ICRS | complains regarding return letter |
| 09/05/2023 | WCI-2023-13154 | 4 - Medical | complains regarding back pain |
| 09/18/2023 | WCI-2023-13949 | 4 - Medical | complains regarding medication refill |
| 10/27/2023 | WCI-2023-16098 | 4 - Medical | complains regarding being charged a co-pay |
| 11/03/2023 | WCI-2023-16597 | 15 - ICRS | complains regarding WCI-2023-16098 |

*\*\*\* End of Report \*\*\**