# State of Wisconsin
## Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 556607 - FLEMMING, JAYVON R.**

*** Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*** Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 11/26/2013 | GBCI-2013-23345 | 25 - Psychology | blames others for his actions, believes he should have been tied down |
| 11/26/2013 | GBCI-2013-23350 | 1 - Staff | complains of the actions of unnamed Officer |
| 12/03/2013 | GBCI-2013-23511 | 1 - Staff | Inmate complains that he was being punished by being transferred to Observation after a suicide attempt. |
| 12/03/2013 | GBCI-2013-23512 | 1 - Staff | Inmate complains that after making threats on his own life while in Observation status, the response of Dr. Breen had been inadequate and subsequently inmate inflicted injury upon himself. |
| 12/06/2013 | GBCI-2013-23813 | 1 - Staff | Inmate complains of not being safe from harm by his own person. |
| 01/02/2014 | GBCI-2014-291 | 25 - Psychology | Inmate complains of not being put on observation status, after which he cut himself. |
| 01/10/2014 | GBCI-2014-1193 | 25 - Psychology | Inmate complains of not receiving proper treatment after he issued warnings to staff that he was going to hurt himself. |
| 01/10/2014 | GBCI-2014-1187 | 4 - Medical | Inmate complains of being charged for medical co-pay twice for two different suicide attempts. |
| 01/23/2014 | GBCI-2014-1976 | 15 - ICRS | Inmate complains of complaints not being filed and/or being received in the ICE office. |
| 01/23/2014 | GBCI-2014-1977 | 15 - ICRS | Inmate complains of not getting a decision regarding already-filed complaints. |
| 01/27/2014 | GBCI-2014-1934 | 4 - Medical | Inmate complains of medications not being crushed. |
| 01/30/2014 | GBCI-2014-2648 | 15 - ICRS | Inmate complains of prior complaints not being processed. |
| 01/30/2014 | GBCI-2014-2650 | 4 - Medical | Inmate complains of whole medications rather than crushed. |
| 03/14/2014 | GBCI-2014-5380 | 1 - Staff | Inmate complains of staff not checking on his safety and well-being every 15 minutes as required by law. |
| 03/25/2014 | GBCI-2014-6138 | 4 - Medical | Inmate complains of being denied treatment by Nurse Lutsey after allegedly swallowing a paper clip. |
| 04/08/2014 | GBCI-2014-7080 | 4 - Medical | Inmate complains of RN Garland performing "inadequate medical treatment" after inmate swallowed a foreign object. |
| 04/11/2014 | GBCI-2014-7356 | 1 - Staff | Inmate complains of security staff "assisting a suicide attempt" by inmate. |
| 04/11/2014 | GBCI-2014-7361 | 1 - Staff | Inmate complains of staff's "unnecessary use of force" in extracting inmate from his cell at a time when inmate may have been exhibiting self-harm actions. |
| 04/14/2014 | GBCI-2014-7359 | 1 - Staff | Inmate complains of staff not getting him medical treatment after he allegedly swallowed a metal object. |
| 04/14/2014 | GBCI-2014-7355 | 25 - Psychology | Inmate complains of Dr. Zirbel not taking adequate steps to protect him from self-harm. |
| 04/25/2014 | GBCI-2014-8258 | 4 - Medical | Inmate complains of "HSU assisting in a suicide attempt." |
| 04/25/2014 | GBCI-2014-8259 | 4 - Medical | Inmate complains of "security staff and HSU conspiring to falsify government documents," denying inmate of his rights. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 04/25/2014 | GBCI-2014-8260 | 4 - Medical | Inmate complains of Dr. Sauvey refusing to give him adequate medical treatment, denying inmate of his rights. |
| 05/05/2014 | GBCI-2014-8869 | 3 - Discipline | Inmate complains of not receiving a decision on appeal of disposition. |
| 05/15/2014 | GBCI-2014-9570 | 1 - Staff | Complains that SEG staff did not do 15 minute checks on him while in OBS Status |
| 05/15/2014 | GBCI-2014-9571 | 1 - Staff | Complains that SEG staff do not verify is he is taking his medications *Recoded to staff on 8/20/14* |
| 05/15/2014 | GBCI-2014-9572 | 4 - Medical | Complains that his medications are not being crushed |
| 05/23/2014 | GBCI-2014-10359 | 7 - Personal Property | Inmate complains that he didn't receive his property from JL Marcus. |
| 06/17/2014 | GBCI-2014-11788 | 2 - Correspondence & Publications | The inmate complained about a magazine being denied. |
| 06/17/2014 | GBCI-2014-11789 | 12 - Other | The inmate complained about being sprayed with OC even though he had an open cut on his arm. |
| 06/25/2014 | GBCI-2014-12417 | 4 - Medical | Inmate complains about be denied medical attention |
| 06/25/2014 | GBCI-2014-12418 | 4 - Medical | Inmate complains about be denied medical attention |
| 06/25/2014 | GBCI-2014-12419 | 4 - Medical | Inmate complains about be denied medical attention |
| 06/25/2014 | GBCI-2014-12420 | 4 - Medical | Inmate complains about be denied medical attention |
| 07/01/2014 | GBCI-2014-12788 | 25 - Psychology | Claims he is not getting proper PSU help |
| 10/31/2014 | GBCI-2014-21467 | 6 - Personal Physical Conditions | Transferred back to GBCI without treatment |
| 10/31/2014 | GBCI-2014-21468 | 25 - Psychology | Not receiving mental health treatment |
| 11/13/2014 | GBCI-2014-22337 | 25 - Psychology | GBCI doesn't offer adequate mental health treatment |
| 11/18/2014 | GBCI-2014-22657 | 25 - Psychology | WRC denied him mental health treatment. |
| 11/25/2014 | GBCI-2014-23125 | 7 - Personal Property | Missing magazines after observation placement |
| 11/26/2014 | GBCI-2014-23220 | 25 - Psychology | Dr. Harris-Forbes refused to put him in observation status |
| 12/08/2014 | GBCI-2014-23918 | 2 - Correspondence & Publications | Challenges the denial of Straight Stuntin' #33 |
| 12/16/2014 | GBCI-2014-24477 | 25 - Psychology | Complains he's being denied mental health treatment |
| 01/02/2015 | GBCI-2015-86 | 4 - Medical | Does not feel officers should pass medication |
| 01/02/2015 | GBCI-2015-87 | 12 - Other | Complains that Ms. Heil does not make weekly rounds |
| 01/26/2015 | GBCI-2015-1677 | 2 - Correspondence & Publications | Complains of missing magazines |
| 01/30/2015 | GBCI-2015-1982 | 4 - Medical | Complains about the quality of medical care he received |
| 02/04/2015 | GBCI-2015-2345 | 1 - Staff | Staff did not place him in observation upon request |
| 02/25/2015 | GBCI-2015-3704 | 2 - Correspondence & Publications | Complains money received as reimbursement was applied to restitution charges |
| 04/28/2015 | GBCI-2015-7760 | 1 - Staff | staff lost his mail |
| 07/20/2015 | GBCI-2015-13053 | 1 - Staff | Complains that third shift staff didn't place him into OBS. |
| 07/20/2015 | GBCI-2015-13055 | 25 - Psychology | PSU staff didn't place him into OBS. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 07/30/2015 | GBCI-2015-13875 | 1 - Staff | Staff didn't place him into OBS |
| 07/30/2015 | GBCI-2015-13876 | 1 - Staff | Officers didn't watch him take his medication |
| 09/14/2015 | GBCI-2015-17123 | 7 - Personal Property | Complains that his TV is broke |
| 10/05/2015 | GBCI-2015-18605 | 17 - Inmate Accounts | Complains that medical copay loan was deducted from his refund |
| 10/22/2015 | GBCI-2015-19754 | 1 - Staff | Staff failed to check on him when his window was covered |
| 10/22/2015 | GBCI-2015-19753 | 1 - Staff | Staff did not place him in observation per his request |
| 02/22/2018 | DCI-2018-4636 | 6 - Personal Physical Conditions | Inmate complains the fan is sometimes turned on in unit 18. |
| 03/02/2018 | DCI-2018-5227 | 7 - Personal Property | Inmate complains he went to RSH on 2/12/18 and the Property Officer refused to issue 12 photos on 2/14/18 as they were deemed nudity. |
| 08/02/2018 | CCI-2018-16564 | 1 - Staff | 01 - Alleges security staff failed to take reasonable measures to prevent him from harming himself on 6/30/18. |
| 08/06/2018 | CCI-2018-16817 | 24 - Staff Misconduct | 24 - Complains that CO Baker gave him a Sharpie Marker during a shower while inmate was on observation. |
| 08/06/2018 | CCI-2018-16819 | 25 - Psychology | 25 - Inmate complains that Dr. Frisch saw him on 7-13-18 and Dr. Frisch did not report it. |
| 08/06/2018 | CCI-2018-16822 | 6 - Personal Physical Conditions | 06 - Complains of staff failing to take measures to prevent inmate from harming himself on July 21, 2018. |
| 08/21/2018 | CCI-2018-17879 | 4 - Medical | 04 Alleges on 8/10/18 Nurse Gibbons didn't do anything about the amount of blood he lost. |
| 08/21/2018 | CCI-2018-17880 | 1 - Staff | 01 Alleges security staff on 8/10/18 failed to take reasonable measures to prevent him from self-harm. |
| 08/21/2018 | CCI-2018-17881 | 1 - Staff | 01 Alleges on 8/10/18 CO Coutley failed to do anything after he seen that he had cut himself. |
| 09/12/2018 | CCI-2018-19481 | 1 - Staff | 01 Alleges on 8/23/18 there was a delay with the nurse coming to treat his cut on his arm. |
| 09/12/2018 | CCI-2018-19473 | 1 - Staff | 01 Inmate held liquid med cup on 8/17/18 and alleges issue with staff. |
| 09/19/2018 | CCI-2018-19965 | 12 - Other | 12 Alleges his mail was returned for no reason. |
| 09/24/2018 | CCI-2018-20270 | 1 - Staff | 01 Alleges Sergeant Rohwer let him continue to cut himself on 9/14/18. |
| 11/14/2018 | FLCI-2018-23680 | 7 - Personal Property | Inmate alleges his personal property was misplaced by security staff. |
| 05/13/2019 | CCI-2019-8824 | 1 - Staff | 01 Alleges on 4/5/19 staff failed to prevent him from self harm. |
| 06/10/2019 | CCI-2019-10327 | 1 - Staff | 01 Alleges issue with staff on 5/27/19. |
| 06/19/2019 | CCI-2019-10912 | 25 - Psychology | 25 Alleges on 5/27/19 that the on-call psychological staff failed to place him on obs after he harmed himself. |
| 06/19/2019 | CCI-2019-10913 | 25 - Psychology | 25 Alleges on 5/27/19 he was taken off of obs and placed in control status without speaking with a psychologist staff member. |

# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
#### by Date Received
**Inmate: 556607 - FLEMMING, JAYVON R.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 08/02/2019 | CCI-2019-13616 | 4 - Medical | 04 Alleges medical staff left sharp metal objects inside his arm. |
| 09/16/2019 | CCI-2019-16285 | 4 - Medical | 04 - alleges nurse did nothing about metal stuck in arm |
| 09/16/2019 | CCI-2019-16286 | 4 - Medical | 04 - alleges doctor did nothing about the sharp metal in his arm |
| 02/26/2020 | CCI-2020-3544 | 1 - Staff | 01 *** - alleges security staff allowed him to engage in self harm |
| 03/04/2020 | CCI-2020-3999 | 1 - Staff | 01 *** - claims security staff failed to prevent self-harm |
| 04/27/2020 | CCI-2020-7384 | 6 - Personal Physical Conditions | 06 Forced to sleep with his mattress on the floor. |
| 09/21/2020 | CCI-2020-16242 | 1 - Staff | 01 Alleges on 9/2/2020 security staff failed to call PSU after he made threats of harming himself. |
| 02/11/2021 | CCI-2021-2431 | 7 - Personal Property | 07 Alleges security staff misplaced his personal property. |
| 06/28/2021 | DCI-2021-9874 | 6 - Personal Physical Conditions | Inmate complains there were no emergency call buttons in his cell at CCI. |
| 06/28/2021 | DCI-2021-9876 | 4 - Medical | Inmate complains he shouldn't have been placed in five point bed restraints due to medical conditions while at CCI. |
| 06/28/2021 | DCI-2021-9875 | 25 - Psychology | Inmate complains he did not get sufficient mental health treatment at CCI. |
| 08/02/2021 | DCI-2021-11645 | 7 - Personal Property | Inmate complains CCI misplaced his property and mail. |
| 05/26/2022 | WRC-2022-8131 | 2 - Correspondence & Publications | Challenges denial of a magazine. |
| 06/13/2022 | WRC-2022-9237 | 7 - Personal Property | States property is missing after a transfer was cancelled. |
| 09/20/2022 | WRC-2022-14231 | 20 - Staff Sexual Misconduct | Alleges sexual harassment by a staff member. |
| 01/03/2023 | WRC-2023-88 | 1 - Staff | Alleges the use of excessive force. |
| 02/27/2023 | WRC-2023-2909 | 1 - Staff | Alleges staff did not respond to his threats of self-harm. |
| 03/13/2023 | WRC-2023-3617 | 2 - Correspondence & Publications | Alleges inadequate access to legal library while residing in high management. |
| 05/04/2023 | WCI-2023-6526 | 7 - Personal Property | complains regarding contraband property |
| 06/26/2023 | WCI-2023-9377 | 6 - Personal Physical Conditions | complains his cell does not have an emergency call button |
| 08/15/2023 | WCI-2023-12289 | 25 - Psychology | complains regarding not being seen by PSU |
| 09/05/2023 | WCI-2023-13252 | 6 - Personal Physical Conditions | complains regarding ventilation in cell |
| 09/13/2023 | WCI-2023-13753 | 4 - Medical | complains regarding not being seen by HSU |
| 10/04/2023 | WCI-2023-14913 | 22 - Dental | complains he is being denied dental care |
| 10/16/2023 | WCI-2023-15498 | 12 - Other | complains regarding being denied law library |

*\*\*\* End of Report \*\*\**