# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-12289
# * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607
UNIT: _N-_B -- _B52-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 08/18/2023 |
| Date Complaint Received: | 08/15/2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-401 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER WCI-2023-12289
### * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607  
UNIT: _N-_B -- _B52-_L  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 08/18/2023 |
| Inmate Contacted? | No |
| Date Complaint Received: | 08/15/2023 |
| Subject of Complaint: | 25 - Psychology |
| Person(s) Contacted: | Dr Van Buren |
| Document(s) Relied Upon: | DOC 310 |
| Brief Summary: | complains regarding not being seen by PSU |

Summary of Facts:

BK    Inmate Flemming complains regarding not being seen by PSU.

Dr Van Buren was contacted and responded that Inmate Flemming is complaining about limited mental health options due to modified movement. Inmate Flemming has had contact with PSU.

WCI has been on a modified movement since the end of March. Inmate is advised the administrative rules have already been suspended. Along with that, movement has changed and other modifications to Institution Operations have been made. The institution is working diligently to move back to normalcy but is still working under suspended rules.

Recommendation is for dismissal as Inmate Flemming has had contact with PSU.

ICE Recommendation: Dismissed

Recommendation Date: 09/07/2023

*B. Kolb* (signature)

B. Kolb - Institution Complaint Examiner

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-403 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WCI-2023-12289
# * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607  
UNIT: _N-_B -- _B52-_L  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 08/18/2023 |
| Date Complaint Received: | 08/15/2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Reason(s) for Decision: | A review of Mr. Flemming's healthcare record shows that his PSU clinician is aware of his mental health concerns and has been responsive to those concerns. PSU has met with him frequently and has kept in contact with him between sessions through Psychological Service Requests and through homework assignments. |
| Decision Date: | 09/19/2023 |

*[signature]*

M. Larson - Reviewing Authority

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

# CCE RECEIPT
# COMPLAINT NUMBER WCI-2023-12289
# * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607
UNIT: _N-_B -- _B52-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 09/28/2023 |
| Date Appeal Received: | 09/28/2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-404 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# CCE REPORT
# COMPLAINT NUMBER WCI-2023-12289
# * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607  
UNIT: SU-A1 -- A126-_L  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 09/28/2023 |
| Date Appeal Received: | 09/28/2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |
| Method of Disposition: | Review on Record? Yes    Investigation? No |
| CCE's Recommendation: | Dismissed |
| | As noted, "A review of Mr. Flemming's healthcare record shows that his PSU clinician is aware of his mental health concerns and has been responsive to those concerns. PSU has met with him frequently and has kept in contact with him between sessions through Psychological Service Requests and through homework assignments." Dismissal is recommended. |
| Recommendation Date: | 10/11/2023 |

*[signature: Brad Hompe]*

B. Hompe - Corrections Complaint Examiner

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WCI-2023-12289
# * * * ICRS CONFIDENTIAL * * *

**To:** FLEMMING, JAYVON R. - #556607
UNIT: SU-A1 -- A126-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 09/28/2023 |
| Date Appeal Received: | 09/28/2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 10/11/2023 in the above appeal: The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| Decision Date: | 10/31/2023 |

*[signature]*

C. O'Donnell - Office of the Secretary



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | August 18, 2023 |
| Date Complaint Received: | August 15, 2023 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | complains regarding not being seen by PSU |

**ICE Recommendation Information:** (Signed on 9/7/23 2:57:46PM):

| | |
|---|---|
| Person(s) Contacted: | Dr Van Buren |
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | BK  Inmate Flemming complains regarding not being seen by PSU.<br><br>Dr Van Buren was contacted and responded that Inmate Flemming is complaining about limited mental health options due to modified movement. Inmate Flemming has had contact with PSU.<br><br>WCI has been on a modified movement since the end of March. Inmate is advised the administrative rules have already been suspended. Along with that, movement has changed and other modifications to Institution Operations have been made. The institution is working diligently to move back to normalcy but is still working under suspended rules.<br><br>Recommendation is for dismissal as Inmate Flemming has had contact with PSU. |
| ICE's Recommendation: | Dismissed |
| ICE's Recommendation Date: | September 07, 2023 |

**RA's Decision Information:** (Signed on 9/19/23 1:53:03PM):

| | |
|---|---|
| RA's Reason: | A review of Mr. Flemming's healthcare record shows that his PSU clinician is aware of his mental health concerns and has been responsive to those concerns. PSU has met with him frequently and has kept in contact with him between sessions through Psychological Service Requests and through homework assignments. |
| RA's Decision: | Dismissed |
| RA's Decision Date: | September 19, 2023 |



**GENERAL REPORT**
**WCI-2023-12289**

# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Appeal to CCE Information:**

Date Appeal Acknowledged: September 28, 2023

Date Appeal Received: September 28, 2023

**CCE's Recommendation Information:** (Signed on 10/11/23 10:51:05AM):

CCE's Summary: As noted, "A review of Mr. Flemming's healthcare record shows that his PSU clinician is aware of his mental health concerns and has been responsive to those concerns. PSU has met with him frequently and has kept in contact with him between sessions through Psychological Service Requests and through homework assignments." Dismissal is recommended.

CCE's Recommendation: Dismissed

CCE's Recommendation Date: October 11, 2023

**OOS' Decision Information:** (Signed on 10/31/23 9:47:22AM):

OOS' Summary: The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 10/11/2023 in the above appeal: The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary.

OOS' Decision: Dismissed

OOS' Decision Date: October 31, 2023



# State of Wisconsin
### Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-12289

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 08/18/2023 7:50:02AM | Brian Kolb | WCI | 556607 | 08/18/2023 2:27:40PM | Brian Kolb |
| ICE Report | 09/19/2023 1:53:03PM | Marlena Larson | WCI | 556607 | 09/21/2023 1:59:32PM | Brian Kolb |
| RA Report | 09/19/2023 1:53:03PM | Marlena Larson | WCI | 556607 | 09/21/2023 1:59:32PM | Brian Kolb |
| CCE Receipt | 09/28/2023 10:17:42AM | Matthew Greenwood | WCI | 556607 | 10/02/2023 2:17:54PM | Brian Kolb |
| CCE Report | 10/31/2023 9:47:22AM | Cindy O'Donnell | WCI | 556607 | 11/01/2023 2:43:28PM | Tonia Moon |
| OOS Report | 10/31/2023 9:47:22AM | Cindy O'Donnell | WCI | 556607 | 11/01/2023 2:43:28PM | Tonia Moon |

DEPARTMENT OF CORRECTIONS  
Division of Adult Institutions  
DOC-400 (Rev. 3/2019)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| AUG 15 2023 | 25 | WCI 2023-12289 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Jayvon Flemming | 556007 | NCH-B52 | WCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT (ongoing) | TIME OF INCIDENT |
|---|---|---|
| NCH B52 | 08.02.2023 | |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

On Going Lockdown is affecting claimants mental health

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I written request slips to warden, security director, Deputy warden PSU Baggio and PSU supervisor... Their will be also documents attached No one responded.

What are the details surrounding this complaint?

This ongoing institution lockdown is really starting to affect my mental health... I am stuck in a cell 24hrs a day, I cant participate in mental health treatment for as mental health programs DBT programing, coping skills, programing ETC... I spoke to my PSU Doctor PSU Baggio and she verbally told me that because of these lockdown restrictions PSU programing will not be running... I am a Inmate with a severe mental illness that without treatment mental health declines... forcing me to spend 24hrs in a cell is sending my mental health on a decline This lockdown needs to end as soon as possible
   This is a serious issue that needs to be fully investigated and something needs to be done

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| [signature] | 08.13.2023 |

**DISTRIBUTION:** Original – ICTS

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
   **(a)** Be submitted on a complaint form provided by the department.
   **(b)** Be legibly handwritten or typed.
   **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
   **(d)** Include the inmate's original signature.
   **(e)** Not exceed 500 words total and not exceed two pages.
   **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
   (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
   (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
   (a) Complaints regarding the inmate's health and personal safety.
   (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION**: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Jerquon R Flemming | 586607 | NCH-B52 | WCI |

This complaint is only one issue this complaint is written this way so you can have a full understanding of the Issue at hand.

SIGNATURE OF INMATE

DATE SIGNED: 08.13.2023

**DEPARTMENT OF CORRECTIONS**  
Division of Adult Institutions  
DOC-400B (Rev. 3/2019)

**WISCONSIN**  
Administrative Code  
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

**Appeals shall meet all of the following requirements:**
(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Office of the Secretary
DOC-405 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT APPEAL

**INSTRUCTIONS: COMPLETE ALL SECTIONS OF FORM.**

- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.
- Rejected complaints can only be appealed to the appropriate Reviewing Authority. Their decision is final.
- Submitted documentation will not be returned.
- You must use a DOC-400B if additional space is needed.
- Keep the copy of this request for your records and send the original, in a sealed envelope via US Mail, to:

SEP 2 8 2023

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

| INMATE NAME | DOC NUMBER | FACILITY | DOC COMPLAINT FILE NUMBER |
|---|---|---|---|
| Jaivon Flemming | 550607 | WCI | WCI-2023-12289 |

**STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY.**

I disagree with the decision of dismissing this complaint because this complaint is based on the fact that I have not recieved adequate mental health treatment. I acknowledge that I have been seen by PSU staff however crisis contact is not mental health treatment because I have a 30 minute contact with PSU is not adequate mental health treatment. Since march 29 the lockdown their has been no mental health treatment available at waupun correctional Inst... No mental treatment programing for inmates with severe mental illness this is a fact. It is a fact that since this lockdown their has not been no programing (mental health) This is a serious matter that still have not been addressed and I am a inmate with a serious mental health illness that needs treatment not just PSU staff contact treatment including programing this issue need to be fully investigated and something needs to be done as soon as possible please's Thankyo

SIGNATURE OF INMATE

DATE SIGNED
09.25.2023

**DISTRIBUTION:** Original – ICTS

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-405 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INSTRUCTIONS

## DOC 310.09 Filing of complaint appeal.

(1) Appeals shall meet all of the following requirements:
   (a) Be submitted on a form provided by the department.
   (b) Be legibly handwritten or typed.
   (c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
   (d) Include the inmate's original signature.
   (e) Not exceed 500 words total and not exceed two pages.
   (f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
   (g) Be limited to the issue raised in the original complaint.

(2) An appeal will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
   (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
   (b) A foreign substance.

## DOC 310.12 Review by Corrections Complaint Examiner (CCE).

(1) An inmate may appeal the reviewing authority decision within 14 days after the date of the decision by filing a typed or legibly printed request for review with the CCE on forms supplied for that purpose. The institution shall make these forms accessible to inmates.

(2) The CCE may accept, return, or recommend rejection of an appeal or complaint.

(3) The CCE will only address issues raised in the original complaint.

(4) The CCE shall return an appeal if any of the following apply:
   (a) An original complaint has not been filed except as provided under s. DOC 310.09.
   (b) The complaint has been rejected.
   (c) The appeal is premature.
   (d) The appeal does not list the complaint file number or contains more than one complaint file number.
   (e) The appeal does not meet the criteria listed under s. DOC 310.10.

(5) The CCE may recommend rejection of an appeal not filed in accordance with s. DOC 310.09.

## DOC 310.13 Secretary's decision.

(1) The secretary shall make a decision within 45 days following receipt of the CCE's recommendation. The secretary may extend the time for making a decision for good cause with notice provided to the inmate.

(2) The secretary shall affirm or dismiss the CCE's recommendation, in whole or in part, or return the appeal to the CCE for further investigation.

(3) The secretary's decision is final.

(4) If the inmate does not receive the secretary's written decision within 90 days of the date of receipt of the appeal in the CCE's office, the inmate shall consider the administrative remedies to be exhausted, unless the time has been extended under sub. (1).

DISTRIBUTION: Original – ICTS

Javon R Flemming #550007
Waupun Correctional Institution
PO Box 351
Waupun, WI 53963-0351

SEP 28 2023

MILWAUKEE WI 530
26 SEP 2023 PM 4 L

Corrections Complaint Examiner
Department of Corrections
P.O. Box 7925
Madison WI, 53707-7925

53707-792525



THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM

EXHIBIT 1009 - 17
cv-01430-WED   Filed 03/25/24   Page 17 of 17   Docu