# State of Wisconsin
## Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
### Inmate: 365048 - NATCONE, JASON A.

*** Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*** Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 05/09/2014 | CVTF-2014-9092 | 2 - Correspondence & Publications | Complains his newspapers were not packed at NLCI. |
| 10/23/2014 | CVTF-2014-20925 | 16 - Discrimination | Complains about remarks made by Sergeant Galuska related to his religious preference |
| 12/21/2016 | DCI-2016-28580 | 13 - Food | Inmate complains he is not receiving his HS snack bag. |
| 01/11/2017 | DCI-2017-1279 | 4 - Medical | Inmate complains for medical reasons he shouldn't have been moved from Unit 11 |
| 02/20/2017 | OCI-2017-5122 | 17 - Inmate Accounts | states the Business Office took out $900 for supervision fees and should be refunded |
| 10/25/2017 | OCI-2017-27295 | 24 - Staff Misconduct | Issues with Sergeant Cain on 10/23/17 when getting his Boost. |
| 11/24/2017 | OCI-2017-29864 | 11 - Visiting | Alia Noah should not be suspended from visiting |
| 11/24/2017 | OCI-2017-29865 | 11 - Visiting | Suspending Ms. Noah from visiting, "Is directly inhibiting my rehabilitation & reintegration into the community". |
| 12/08/2017 | OCI-2017-31105 | 15 - ICRS | Unhappy with investigation, leading to a dismissal, done by ICE Wichmann in OCI-2017-29864 |
| 01/19/2018 | OCI-2018-1775 | 1 - Staff | Complains that Sergeant Seiler has been harassing him for eight months straight. |
| 01/19/2018 | OCI-2018-1776 | 1 - Staff | Complains that Sergeant Seiler lied in a conduct report that he wrote. |
| 01/29/2018 | OCI-2018-2589 | 3 - Discipline | Challenging decision and disposition of CR #2959440. |
| 01/31/2018 | OCI-2018-2848 | 3 - Discipline | Security director refused to let him call Ms. Flynn as a witness for his CR hearing. |
| 02/19/2018 | OCI-2018-4310 | 24 - Staff Misconduct | Complains of ongoing harassment by Officer Price in the visiting room on 2/10/18. |
| 02/21/2018 | OCI-2018-4524 | 24 - Staff Misconduct | Complains that "Sgt. Kursten harrassed/belittled me" |
| 02/21/2018 | OCI-2018-4726 | 7 - Personal Property | Jessica Schwab's (visitor) DL is now missing, after it had been located. |
| 03/12/2018 | OCI-2018-6022 | 24 - Staff Misconduct | Anti-Sematic remark made by Sergeant Kioski. |
| 03/12/2018 | OCI-2018-6024 | 24 - Staff Misconduct | Sergeant Kioski threatened double sanction and used profane language. |
| 05/21/2018 | OCI-2018-11298 | 3 - Discipline | Complains of numerous lies written by Sgt. Seiler in his conduct report, #3024260. |
| 03/24/2022 | DCI-2022-4951 | 9 - Religion | Inmate complains his religion is wrong in the computer. |
| 07/07/2022 | WCI-2022-10236 | 17 - Inmate Accounts | Missing canteen item |
| 04/17/2023 | WCI-2023-5469 | 7 - Personal Property | claims staff took his box of pens |
| 06/09/2023 | WCI-2023-8465 | 22 - Dental | complains he is not being seen for his cleaning |
| 06/21/2023 | WCI-2023-9222 | 9 - Religion | complains he cannot attend a church service |
| 08/01/2023 | WCI-2023-11432 | 6 - Personal Physical Conditions | complains regarding the water at WCI |
| 08/21/2023 | WCI-2023-12452 | 22 - Dental | complains he is not receiving his dental cleaning |
| 08/28/2023 | WCI-2023-12847 | 8 - Rules | complains regarding not receiving 4 hours of recreation a week |

| | |
|---|---|
| ** *Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden* | |
| ** *Lightly shaded complaints indicate that the complaint was appealed to the CCE Office* | |

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 09/21/2023 | WCI-2023-14220 | 2 - Correspondence & Publications | claims his email to his attorney was read by staff |
| 09/26/2023 | WCI-2023-14563 | 12 - Other | complains WCI is only received one shower the week of 9/17 |
| 10/06/2023 | WCI-2023-15199 | 8 - Rules | complains regarding DAI P&P 309.04.01 |
| 11/15/2023 | WCI-2023-17209 | 4 - Medical | complains he was charged a copay |
| 12/22/2023 | FLCI-2023-19085 | 7 - Personal Property | PIOC complains about missing property from WCI. |

*** End of Report ***