# State of Wisconsin
## Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 579750 - WELCH, JUSTIN P.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 11/29/2013 | WRC-2013-23095 | 12 - Other | Captain asked to see inmate "legal discovery". |
| 11/29/2013 | WRC-2013-23100 | 10 - Work & School Programs | I/m complains that he is not receiving the treatment that he was sent to WRC for. |
| 01/27/2014 | WCI-2014-2137 | 7 - Personal Property | Complains about missing envelopes |
| 02/03/2014 | WCI-2014-2389 | 3 - Discipline | \*\*\*Complaints regarding C/R 2401244 |
| 02/19/2014 | WCI-2014-4073 | 7 - Personal Property | Claims that WCI lost his shower shoes. |
| 02/19/2014 | WCI-2014-3637 | 4 - Medical | \*\*\*Complains about paying a copay |
| 03/11/2014 | WRC-2014-5010 | 3 - Discipline | The inmate wants PCS Molitor to give him his copy of a conduct report decision back. |
| 03/21/2014 | WRC-2014-5761 | 2 - Correspondence & Publications | The inmate wants a letter returned to him that he was sending out of the institution to someone. |
| 04/10/2014 | WRC-2014-7257 | 25 - Psychology | I/m states that he will commit suicide upon return to WCI. |
| 04/10/2014 | WRC-2014-7152 | 15 - ICRS | Not satisfied with decision on earlier complaint. |
| 05/22/2014 | WCI-2014-10056 | 25 - Psychology | \*\*\*Claims that he was denied treatment |
| 06/04/2014 | WCI-2014-10846 | 1 - Staff | Complains regarding CO Brockman |
| 06/25/2014 | WCI-2014-12314 | 25 - Psychology | \*\*\*Claims that because he did not receive treatment he tried to commit suicide |
| 06/25/2014 | WCI-2014-12368 | 14 - Classification | \*\*\*Complains that he was transferred back to WCI |
| 07/03/2014 | WCI-2014-12993 | 25 - Psychology | Alleges inadequate M/H Treatment on the part of Mr. Ludvigson. |
| 07/23/2014 | WCI-2014-14344 | 4 - Medical | Complains that he is not happy with the care he received from HSU |
| 08/21/2014 | WCI-2014-16525 | 25 - Psychology | Claims he did not receive his OBS reports |
| 08/25/2014 | WCI-2014-16704 | 7 - Personal Property | Complains regarding missing property |
| 08/25/2014 | WCI-2014-16707 | 1 - Staff | Complains regarding CO Gill looking in his mouth |
| 02/04/2015 | WCI-2015-2351 | 4 - Medical | Complains regarding copay |
| 03/13/2015 | WCI-2015-4749 | 7 - Personal Property | Complains regarding his contraband markers |
| 04/29/2015 | WCI-2015-7910 | 2 - Correspondence & Publications | Complains regarding a contraband book |
| 05/26/2015 | WCI-2015-9394 | 19 - Confidentiality of & Access to Protected Health Information | Claims Mr Ludvigson violated Hippa |
| 06/26/2015 | WCI-2015-11456 | 17 - Inmate Accounts | Complains that his disbursement was not signed |
| 07/15/2015 | WCI-2015-12773 | 3 - Discipline | \*\*\*Complains regarding conduct report 2639569. |
| 10/06/2015 | WCI-2015-18669 | 1 - Staff | \*\*\*Claims Sgt Klemmer looked at him hostile |
| 10/19/2015 | WCI-2015-19454 | 4 - Medical | Claims a test was ordered and not given |
| 10/27/2015 | WCI-2015-20040 | 1 - Staff | \*\*\*Complains that CO Noe did not pick up his mail |
| 11/20/2015 | WCI-2015-21812 | 7 - Personal Property | Claims his dictionary is missing |

| | |
|---|---|
| ** *Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden* | |
| ** *Lightly shaded complaints indicate that the complaint was appealed to the CCE Office* | |

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 12/11/2015 | WCI-2015-23225 | 1 - Staff | Claims hobby wouldn't send a letter with his contraband |
| 12/11/2015 | WCI-2015-23226 | 7 - Personal Property | Claims hobby destroyed his drawing |
| 02/16/2016 | WCI-2016-3352 | 7 - Personal Property | Complains regarding contraband photo album |
| 02/16/2016 | WCI-2016-3353 | 2 - Correspondence & Publications | ***Claims legal mail was not open in front of him |
| 03/10/2016 | WCI-2016-5143 | 12 - Other | ***Complains regarding not getting a receipt |
| 03/24/2016 | WCI-2016-6199 | 8 - Rules | Complains regarding 303.00.02(2)(c)(5) not being adhered to |
| 06/24/2016 | CCI-2016-13383 | 7 - Personal Property | 07  Alleges his Fila sentinel EVO Running shoes are missing from Waupun. |
| 08/11/2016 | CCI-2016-17161 | 2 - Correspondence & Publications | 02  Alleges issue with denied book "Tattoo Sourcebook". |
| 08/15/2016 | CCI-2016-17638 | 7 - Personal Property | 07  Alleges during lockdown on HU/4 that staff damaged some of his photos. |
| 09/19/2016 | CCI-2016-20416 | 4 - Medical | 04  Alleges he fell in the shower over a month ago and still has not seen the doctor. |
| 10/18/2016 | CCI-2016-22759 | 25 - Psychology | 25  *** Alleges Lt. Anderson & Dr. Frisch did not act by putting him in OBS after his statements of self harm. |
| 12/14/2016 | CCI-2016-27863 | 7 - Personal Property | 07  Alleges his TV stand was damaged. |
| 12/19/2016 | CCI-2016-28544 | 7 - Personal Property | 07  Alleges his L-adapter was damaged. |
| 07/14/2017 | CCI-2017-17865 | 19 - Confidentiality of & Access to Protected Health Information | 19  Alleges HIPPA violation by Dr. Schwenn. |
| 07/26/2017 | CCI-2017-18941 | 6 - Personal Physical Conditions | 06  Alleges he is concerned with a future cell mate. |
| 07/31/2017 | CCI-2017-19371 | 4 - Medical | 04  Alleges excessive amount of time to see the doctor in HSU. |
| 08/04/2017 | CCI-2017-19781 | 8 - Rules | 08  Alleges issue with RH2 rule regarding yelling out cell window into the courtyard will not be tolerated resulting with window(s) being closed. |
| 08/09/2017 | CCI-2017-20256 | 1 - Staff | 01  Alleges staff were not reacting to his yelling on 8/2/17 around 8:40 a.m. |
| 08/09/2017 | CCI-2017-20254 | 7 - Personal Property | 07  Alleges maintenance staff damaged his new tv. |
| 09/13/2017 | CCI-2017-23463 | 7 - Personal Property | 07  Alleges clear tunes antenna damaged outside of inmates possession on 9/11/17. |
| 10/23/2017 | CCI-2017-27153 | 25 - Psychology | 25 Complains his mental health diagnosis was changed. |
| 07/23/2018 | CCI-2018-15753 | 1 - Staff | 01  Alleges Mr. Weber & Lt. Giroux are not responding back to him about his complaints regarding CO Lind. |
| 07/23/2018 | CCI-2018-15750 | 7 - Personal Property | 07  Alleges Honda fan was not sent back to Union supply. |
| 07/30/2018 | CCI-2018-16254 | 22 - Dental | 22  Alleges he has been waiting over 4 months past his annual time for an exam and teeth cleaning. |

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 08/06/2018 | CCI-2018-16783 | 6 - Personal Physical Conditions | 06 Inmate complains that dayroom windows in RH2 are not closed. |
| 08/30/2018 | CCI-2018-18627 | 7 - Personal Property | 07 Complains a leaky roof damaged his property. |
| 09/28/2018 | CCI-2018-20625 | 1 - Staff | 01 Alleges staff gave him the wrong medication on 9/23/18 at bedtime. |
| 11/07/2018 | CCI-2018-23248 | 2 - Correspondence & Publications | 02 \*\*\*Alleges he was charged $14.00 to send a small package to his mom. Also states that it could not have weighed any more than 4 oz. |
| 12/26/2018 | CCI-2018-26292 | 7 - Personal Property | 07 Alleges his TV was damaged by staff during cell search on 12/23/18 2:00 p.m.; he wants to send TV out to be fixed. |
| 04/22/2019 | CCI-2019-7432 | 3 - Discipline | 03 \*\*\*Alleges he was not offered the right to send his radio out to family or repairs; only to dispose of the radio re: CR# 12527. |
| 12/17/2019 | CCI-2019-21829 | 2 - Correspondence & Publications | 02 Alleges his large legal manilla envelope from 12/3/19 was not mailed out. |
| 12/26/2019 | CCI-2019-22339 | 10 - Work & School Programs | 10 Alleges issue being removed from his job. |
| 02/19/2020 | CCI-2020-3343 | 14 - Classification | 14 Alleges social worker K. Strese lied on PRC paperwork. |
| 05/19/2020 | CCI-2020-8684 | 10 - Work & School Programs | 10 Stating he was fired and is not being hired for a new job. |
| 10/07/2020 | CCI-2020-17420 | 12 - Other | 12 Alleges his transfer to DCI for his safety is being stopped. |
| 10/07/2020 | CCI-2020-17423 | 12 - Other | 12 Issue, not being transferred to DCI for his safety like Captain Pitzen and PRC Ms. Davis said he would be. Requesting transfer to DCI or out of state. |
| 10/19/2020 | CCI-2020-18195 | 12 - Other | 12 Requesting either he be able to get his job back or just keep getting his pay and stay on HU/7. |
| 05/03/2021 | CCI-2021-6885 | 1 - Staff | 01 Alleges issue what Mr. Glass wrote on DOC-1408. |
| 04/21/2022 | CCI-2022-6370 | 1 - Staff | 01 Alleges he is being targeted by Sergeant Cascadden. |
| 05/16/2022 | CCI-2022-7619 | 12 - Other | 12 Complains that he is the only laundry worker that needs a tier escort. |
| 05/24/2022 | CCI-2022-8022 | 12 - Other | 12 Alleges issue that recently an email by IWOC was allowed in the institution. |
| 07/11/2022 | CCI-2022-10379 | 1 - Staff | 01 \*\*\*Alleges on 7/3/22 Sergeant Cascadden allowed an inmate who tested positive for covid, out of his cell to work. |
| 07/27/2022 | CCI-2022-11298 | 1 - Staff | 24 Alleges staff misconduct on behalf of CO Thoa on 7/21/22 after 4 p.m. count. |
| 08/16/2022 | CCI-2022-12336 | 3 - Discipline | 03 Issue with CR# 274614. |
| 08/25/2022 | CCI-2022-12837 | 3 - Discipline | 03 \*\*\*Not happy with decision from Warden to appeal CR# 274614. |
| 08/30/2022 | CCI-2022-13126 | 7 - Personal Property | 07 His stamps are missing from his property. |
| 09/19/2022 | CCI-2022-14113 | 12 - Other | 12 \*\*\*Alleges he is being set up by the Warden to be jumped on HU/2 by inmates. |

# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
#### by Date Received

**Inmate: 579750 - WELCH, JUSTIN P.**

*** Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*** Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 10/12/2022 | CCI-2022-15422 | 12 - Other | 12 Alleges inmate went to his rec time with SPN in place on 9/23/22. |
| 10/24/2022 | CCI-2022-15954 | 3 - Discipline | 03 Alleges violation of due process with CR# 284915. |
| 11/03/2022 | CCI-2022-16523 | 14 - Classification | 14 Issue with correction of the PRC paperwork and the record. |
| 11/11/2022 | WCI-2022-17007 | 7 - Personal Property | Complains regarding contraband deodorants |
| 11/15/2022 | WCI-2022-17137 | 7 - Personal Property | Claims property is missing after his transfer |
| 01/11/2023 | WCI-2023-533 | 4 - Medical | Complains HSU is not seeing him for a spider bite |
| 06/05/2023 | WCI-2023-8259 | 12 - Other | complains he was denied recreation on 6/1 |
| 06/15/2023 | WCI-2023-8798 | 6 - Personal Physical Conditions | claims staff shut off the cell ventalation |

*** End of Report ***