*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 02/13/2023 | DCI-2023-2170 | 24 - Staff Misconduct | PIOC complains Ofc Gilmore showed deliberate indifference after PIOC informed him of self harm |
| 02/13/2023 | DCI-2023-2171 | 24 - Staff Misconduct | PIOC Dreiling complains Ofc Gilmore showed deliberate indifference regarding Dreiling cutting himself. |
| 03/14/2023 | DCI-2023-3676 | 4 - Medical | PIOC alleges medical deliberate indifference. |
| 04/14/2023 | WRC-2023-5360 | 2 - Correspondence & Publications | Challenges denial of pictures. |
| 05/30/2023 | WRC-2023-7863 | 12 - Other | Complaints regarding canteen. |
| 06/19/2023 | WRC-2023-8999 | 3 - Discipline | Complaints regarding his placement in high management. |
| 07/05/2023 | WCI-2023-10120 | 1 - Staff | claims staff ignored self harm claim |

*\*\*\* End of Report \*\*\**