# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-10120
# * * * ICRS CONFIDENTIAL * * *

**To:** DREILING, ASHTON K. - #673642
UNIT: _N-_B -- _B47-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/10/2023 |
| Date Complaint Received: | 07/05/2023 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | claims staff ignored self harm claim |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

# ICE REPORT
# COMPLAINT NUMBER WCI-2023-10120
# * * * ICRS CONFIDENTIAL * * *

**To:** DREILING, ASHTON K. - #673642
112 N. 5th Ave
Wausau, WI 54401

**Complaint Information:**

| | | | |
|---|---|---|---|
| Date Complaint Acknowledged: | 07/10/2023 | Inmate Contacted? | No |
| Date Complaint Received: | 07/05/2023 | | |
| Subject of Complaint: | 1 - Staff | | |
| Document(s) Relied Upon: | DOC 310 | | |
| Brief Summary: | claims staff ignored self harm claim | | |
| Summary of Facts: | TM  Inmate claims that staff ignored he claims of self harm. | | |
| | At approximately 1:15pm on 6/24/23, inmate Dreiling had asked CO Prosper for supplies and she informed him she would get to them as soon as she could. When she went back up on range inmate Dreiling had lifted up his left arm and stated he was suicidal due to not getting supplies and had cut his wrist. CO Prosper then notified Sgt Reynolds and the lieutenant was notified. Inmate was then addressed by HSU and placed in observation. | | |
| | There is no evidence of staff ignoring his claims. As soon as staff were aware of is self harm he was addressed appropriately. Recommendation is for dismissal. | | |
| ICE Recommendation: | Dismissed | | |
| Recommendation Date: | 08/22/2023 | | |

*[signature: Tonia Moon]*

T. Moon - Institution Complaint Examiner

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WCI-2023-10120
# * * * ICRS CONFIDENTIAL * * *

**To:** DREILING, ASHTON K. - #673642
112 N. 5th Ave
Wausau, WI 54401

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/10/2023 |
| Date Complaint Received: | 07/05/2023 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | claims staff ignored self harm claim |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 09/23/2023 |

R. Hepp - Warden

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | July 10, 2023 |
| Date Complaint Received: | July 05, 2023 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | claims staff ignored self harm claim |

**ICE Recommendation Information:** (Signed on 8/22/23 2:29:55PM):

| | |
|---|---|
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | TM Inmate claims that staff ignored he claims of self harm.<br><br>At approximately 1:15pm on 6/24/23, inmate Dreiling had asked CO Prosper for supplies and she informed him she would get to them as soon as she could. When she went back up on range inmate Dreiling had lifted up his left arm and stated he was suicidal due to not getting supplies and had cut his wrist. CO Prosper then notified Sgt Reynolds and the lieutenant was notified. Inmate was then addressed by HSU and placed in observation.<br><br>There is no evidence of staff ignoring his claims. As soon as staff were aware of is self harm he was addressed appropriately. Recommendation is for dismissal. |
| ICE's Recommendation: | Dismissed |
| ICE's Recommendation Date: | August 22, 2023 |

**RA's Decision Information:** (Signed on 9/23/23 5:24:18PM):

| | |
|---|---|
| RA's Decision: | Dismissed |
| RA's Decision Date: | September 23, 2023 |



# State of Wisconsin
### Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-10120

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 07/10/2023 3:44:38PM | Tonia Moon | WCI | 673642 | 07/12/2023 2:28:56PM | Brian Kolb |
| ICE Report | 09/23/2023 5:24:18PM | Randall Hepp | WCI | 673642 | 09/25/2023 1:04:41PM | Tonia Moon |
| RA Report | 09/23/2023 5:24:18PM | Randall Hepp | WCI | 673642 | 09/25/2023 1:04:41PM | Tonia Moon |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| JUL 0 5 2023 | 01 | WCI 2023 10120 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print <u>clearly</u>, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Dreiling Ashton | 673642 | North B-49 | WCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| North cell Hall B-49 | 6-24-23 | 2:00 PM |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Being Ignored when exspressing urges of self harm I would like staff to Be reminded to respond to statments of suicidal or self urge appropriatly and also the way they was traiend

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

Sargent Reynolds Doc officer Prosper and also the White Shirt who did the obs placement

What are the details surrounding this complaint?

On the above date and time I exspressed urges of self harm to the cell hall sargent who was sgt Reynolds I also exspressed these urges to the CO prosper who was working B-range that day Both Doc officers responded By saying you will Be okay and walked away a short time later I cut and was properly placed in observation status

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Ashton Dreiling | 6-29-23 |

DISTRIBUTION: Original – ICTS

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS