# State of Wisconsin
**Department of Corrections**
## INMATE COMPLAINT HISTORY REPORT
### by Date Received
**Inmate: 275991 - BURKES, KEVIN L.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 08/14/2014 | OCC-2014-16104 | 4 - Medical | Inmate complains of a copy he was charged for. |
| 09/17/2019 | DCI-2019-16294 | 4 - Medical | Inmate complains about an issue with this scalp which is causing hair loss, itching, and discoloration of the skin. |
| 10/02/2019 | KMCI-2019-17241 | 11 - Visiting | Inmate complains of denied visitor. |
| 10/02/2019 | KMCI-2019-17242 | 2 - Correspondence & Publications | Inmate complains of denied photos. |
| 11/11/2019 | KMCI-2019-19761 | 7 - Personal Property | Inmate complains of missing canteen after returning from OCO. |
| 09/12/2020 | DCI-2020-15709 | 6 - Personal Physical Conditions | Inmate complains it's cold in his room. |
| 09/14/2020 | DCI-2020-15797 | 10 - Work & School Programs | Inmate complains he does not have access to the law library. |
| 07/01/2021 | CCI-2021-10105 | 4 - Medical | 04  Alleges he is denied medical attention. |
| 07/02/2021 | CCI-2021-10170 | 1 - Staff | 01  Alleges issue with CO on 6/25/21 7:00 p.m. |
| 09/03/2021 | CCI-2021-13371 | 1 - Staff | complains of staff harassments |
| 12/07/2021 | CCI-2021-18580 | 1 - Staff | 01  Alleges on 11/23/21 Sergeant Podoll refused to give him a PSR form. |
| 12/15/2021 | CCI-2021-19078 | 19 - Confidentiality of & Access to Protected Health Information | 19  Alleges on 11/29/21 RN Kramer told an officer privileged information about him. (HIPPA) |
| 12/29/2021 | CCI-2021-19921 | 1 - Staff | 01  Alleges he was retaliated against by RN Kramer on 11/30/21. |
| 02/07/2022 | CCI-2022-2544 | 17 - Inmate Accounts | 17  Requesting back pay from position at HSU. |
| 02/21/2022 | CCI-2022-3277 | 10 - Work & School Programs | 10  Informed he had his job back at HSU, yet alleges HSUM Fofana refuses to call him for work. |
| 05/03/2022 | WCI-2022-6921 | 7 - Personal Property | Damaged tablet upon arrival to WCI |
| 05/09/2022 | WCI-2022-7130 | 7 - Personal Property | Contraband property |
| 05/20/2022 | WCI-2022-7936 | 12 - Other | Complains he is not being scheduled for Law Library |
| 07/05/2022 | WCI-2022-10017 | 4 - Medical | Allergies are not being treated |
| 07/12/2022 | WCI-2022-10420 | 14 - Classification | Challenges CCI classification decision |
| 07/26/2022 | WCI-2022-11224 | 6 - Personal Physical Conditions | Complains he was not able to shower after work on 7/14 |
| 08/08/2022 | WCI-2022-11835 | 17 - Inmate Accounts | Complains of $5 recycling fee for tablet |
| 09/15/2022 | WCI-2022-13948 | 15 - ICRS | Complains ICE Wilson did not process his complaint |
| 09/20/2022 | WCI-2022-14340 | 4 - Medical | Complains auto-immune disorder is not being treated |
| 09/20/2022 | WCI-2022-14341 | 4 - Medical | Complains foot pain is not being treated |
| 09/28/2022 | WCI-2022-14644 | 4 - Medical | Denied extra pillow accommodation |
| 11/02/2022 | WCI-2022-16410 | 4 - Medical | Challenges co-pay |
| 02/06/2023 | WCI-2023-1768 | 4 - Medical | Complains of interference with medical treatment |
| 02/15/2023 | WCI-2023-2315 | 1 - Staff | complains his medical box was taken |

** *Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
** *Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 02/22/2023 | WCI-2023-2633 | 1 - Staff | Claims CO Coleman disrespected him |
| 05/03/2023 | WCI-2023-6369 | 12 - Other | complains he only received one shower the week of 4/17/23 |
| 05/10/2023 | WCI-2023-6913 | 12 - Other | complains he could not exchange clothing for 7 days |
| 05/15/2023 | WCI-2023-7055 | 18 - BCE | complains he lost his job. Changed from 10 to 18. 7.19.2023 ed |
| 05/22/2023 | WCI-2023-7409 | 6 - Personal Physical Conditions | complains he is not receiving cleaning supplies |
| 06/26/2023 | WCI-2023-9370 | 12 - Other | claims there is a lack of wellness checks due to the lockdown |
| 07/12/2023 | WCI-2023-10358 | 4 - Medical | complains not receiving eye doctor appointment |
| 07/18/2023 | WCI-2023-10586 | 4 - Medical | complains regarding actions of nurse |
| 08/16/2023 | WCI-2023-12305 | 1 - Staff | complains regarding staff not doing rounds |
| 08/28/2023 | WCI-2023-12734 | 4 - Medical | complains regarding not being seen by HSU |
| 10/20/2023 | WCI-2023-15801 | 7 - Personal Property | complains regarding contraband photo |
| 10/27/2023 | WCI-2023-16097 | 22 - Dental | complains regarding denied care for 3 years |
| 11/07/2023 | WCI-2023-16697 | 4 - Medical | complains regarding lack of follow up |
| 11/13/2023 | WCI-2023-16920 | 12 - Other | complains regarding denied recreation week of 10/29 |
| 11/21/2023 | WCI-2023-17477 | 17 - Inmate Accounts | complains regarding double deduction from account |

*** *End of Report* ***