# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-9370
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991
UNIT: _S-_H -- _H04-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 06/26/2023 |
| Date Complaint Received: | 06/26/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | claims there is a lack of wellness checks due to the lockdown |

This is to acknowledge the complaint you filed which was received on the date indicated.  Depending on the nature of the complaint, you may or may not be interviewed by the ICE.  A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement.  A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-9370
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991
UNIT: _S-_H -- _H04-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information: REJECTED**

| | |
|---|---|
| Date Complaint Acknowledged: | 06/26/2023 |
| Date Complaint Received: | 06/26/2023 |
| Subject of Complaint: | 12 - Other |
| Document(s) Relied Upon: | DOC 310 |
| Brief Summary: | claims there is a lack of wellness checks due to the lockdown |
| Inmate Contacted? | No |

Rejection Comment:

TM Inmate complains that due to staff shortage, WCI is on a lockdown and that there is a lack of wellness checks and he may have a medical emergency and not be able to contact staff.

The institution is not on lockdown due to staff shortages and the inmate is aware of this as he received a memo regarding the lockdown. Inmate Burkes seeks to get a judgment on a pretend controversy when in fact, none exists. The ICRS will not decide upon a state of facts which has not yet arisen nor upon a matter that is either future, contingent or uncertain. There is no evidence that the inmate is going to be in danger and not be able to contact staff is some emergency arises. DOC 310.03(13) defines Moot as any of the following: "(a) Abstract and not arising from existing facts or rights. (b) Already resolved." The issue of the complaint is determined to be moot by definition. Rejection is warranted on that basis pursuant to DOC 310.10(6)(f).

Rejection Code: Moot

Decision Date: 06/26/2023

*[signature: Tonica Moon]*

T. Moon - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority. The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

Print Date: June 27, 2023
Page 1 of 2
** ICRS CONFIDENTIAL **
Institution Complaint Examiner's Office

Case 2:23-cv-01430-WED    Filed 03/25/24    Page 2 of 14    Document 32-19

EXHIBIT 1018 - 2

# ICE REJECTION
# COMPLAINT NUMBER WCI-2023-9370
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991
UNIT: _S-_H -- _H04-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:** **REJECTED**

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

  INSTITUTION COMPLAINT EXAMINER
  WAUPUN CORRECTIONAL INSTITUTION
  200 S. MADISON STREET
  P. O. BOX 351
  WAUPUN, WI 53963-0351

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

**DEPARTMENT OF CORRECTIONS**  
Department of Adult Institutions  
DOC-2193 (Rev. 04/18)

**WISCONSIN**  
Administrative Code  
Chapter DOC 310

# ICE RECEIPT OF REJECTION APPEAL
# COMPLAINT NUMBER WCI-2023-9370
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991  
UNIT: _S-_H -- _H04-_L  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 07/10/2023 |
| Date Rejection Appeal Received: | 07/05/2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | claims there is a lack of wellness checks due to the lockdown |

Your request for review of your rejected complaint has been received. The appropriate reviewing authority shall only review the basis for the rejection. You will receive a written decision from the reviewing authority. The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

# REVIEWING AUTHORITY'S DECISION ON COMPLAINT REJECTION
# COMPLAINT NUMBER WCI-2023-9370
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991
UNIT: _S-_H -- _H04-_L
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI 53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 07/10/2023 |
| Date Rejection Appeal Received: | 07/05/2023 |
| Subject of Complaint: | 12 - Other |
| ICE's Rejection Reason: | Moot |
| Reviewer's Decision: | This complaint was appropriately rejected by the ICE in accordance with DOC 310.10(6). |
| Reason(s) for Decision: | Mr. Burkes does not define what he considers a "wellness check" so no determination can be made regarding this concern. There has been no change regarding staff responsibilities as a result or, or during, the period of modified movement.<br><br>Mr. Burkes is correct in his statement regarding that the general population cells are not equipped with "emergency call buttons." |
| Decision Date: | 07/10/2023 |

*[signature]*

R. Hepp - Warden



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | June 26, 2023 |
| Date Complaint Received: | June 26, 2023 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | claims there is a lack of wellness checks due to the lockdown |

**ICE Rejection Information:** (Signed on 6/26/23 10:06:15AM):

| | |
|---|---|
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | TM  Inmate complains that due to staff shortage, WCI is on a lockdown and that there is a lack of wellness checks and he may have a medical emergency and not be able to contact staff.<br><br>The institution is not on lockdown due to staff shortages and the inmate is aware of this as he received a memo regarding the lockdown. Inmate Burkes seeks to get a judgment on a pretend controversy when in fact, none exists. The ICRS will not decide upon a state of facts which has not yet arisen nor upon a matter that is either future, contingent or uncertain.  There is no evidence that the inmate is going to be in danger and not be able to contact staff is some emergency arises.   DOC 310.03(13) defines Moot as any of the following: "(a) Abstract and not arising from existing facts or rights.  (b) Already resolved."  The issue of the complaint is determined to be moot by definition.  Rejection is warranted on that basis pursuant to DOC 310.10(6)(f). |
| ICE's Recommendation: | Rejected - Moot |
| ICE's Recommendation Date: | June 26, 2023 |

**Rejection Appeal Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | July 10, 2023 |
| Date Appeal Received: | July 05, 2023 |

**RA's Decision on Rejection Appeal:** (Signed on 7/10/23 10:15:43AM):

| | |
|---|---|
| RA's Comments: | Mr. Burkes does not define what he considers a "wellness check" so no determination can be made regarding this concern.  There has been no change regarding staff responsibilities as a result or, or during, the period of modified movement.<br><br>Mr. Burkes is correct in his statement regarding that the general population cells are not equipped with "emergency call buttons." |
| RA's Decision: | The rejection made by the ICE was Appropriate |
| RA's Decision Date: | July 10, 2023 |



## State of Wisconsin
### Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-9370

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 06/26/2023 10:01:43AM | Tonia Moon | WCI | 275991 | 06/27/2023 1:38:05PM | Tonia Moon |
| ICE Rejection | 06/26/2023 10:06:15AM | Tonia Moon | WCI | 275991 | 06/27/2023 1:38:06PM | Tonia Moon |
| ICE Rejection Appeal Receipt | 07/10/2023 9:04:22AM | Tonia Moon | WCI | 275991 | 07/10/2023 1:59:42PM | Tonia Moon |
| RA Rejection Appeal Report | 07/10/2023 10:15:43AM | Randall Hepp | WCI | 275991 | 07/10/2023 1:59:42PM | Tonia Moon |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| JUN 26 2023 | 12 | WCI 2023 9370 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Kevin Burkes | 275991 | SCH | WCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| South Cell Hall | 6-23-23 | 8 A.m. |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Personal safety

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

Talked to staff
Wrote Capt. Tritt

What are the details surrounding this complaint?

Due to staff shortage there is a lack of wellness checks which if I have a medical emergency to where I can't get the staff attention that put my personal safety at risk. There are not emergency buttons in these cell and administration is aware of that

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| K Burkes | 6-25-23 |

**DISTRIBUTION:** Original – ICTS


# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
 (a) Be submitted on a complaint form provided by the department.
 (b) Be legibly handwritten or typed.
 (c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
 (d) Include the inmate's original signature.
 (e) Not exceed 500 words total and not exceed two pages.
 (f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
 (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
 (b) A foreign substance.

Each complaint may contain only one clearly identified issue.
A complaint must contain sufficient information for the department to investigate and decide the complaint.
An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
 (a) Complaints regarding the inmate's health and personal safety.
 (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS

...ENT OF CORRECTIONS
...of Adult Institutions
...0643 (Rev. 8/2022)

## INTERVIEW/INFORMATION REQUEST
*SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME *NOMBRE DEL/LA OFENSOR(A)*: Kevin Burkes | DOC NUMBER *NUMERO DEL/LA OFENSOR(A)*: 275991 | LIVING UNIT *UNIDAD DE VIVIENDA*: SCH |
|---|---|---|
| DATE *FECHA*: 6-18-23 | WORK ASSIGNMENT *ASIGNACION DE TRABAJO*: | |

☐ Interview *Entrevista*  ☐ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

From my understanding, we are on lock down because of staff shortest. Why isn't the administration reducing the prison population at WCI so we are not at risk or being ~~push~~ punished for the foreseen staff shortage after the Pandemic?

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed  *Usted sera entrevistado*   Date/*Fecha*: _____  Time/*Hora*: _____
☐ Information to Follow *Informacion Sera Proveida*
☐ Request Referred To: *Solicitud Refereida A:* _____

Information/Comment:
*Informacion/Comentario:* You recieved a memo explaining the modified movement

Signed *Firmado* [signature]          Department *Departamento*

TO:
A: Kevin Burkes
NUMBER:
NUMERO: 275991
UNIT:
UNIDAD de VIVIENDA: SCH
DATE:
FECHA:

#-4

- - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - -

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

- - - - - - - - - - - - - - FOLD *DOBLE* - - - - - - - - - - - - -

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

**WISCONSIN**

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

06/19
OB
SUA

TO:
A: Capt Tritt
DEPARTMENT:
DEPARTAMENTO: South cell Hall supervisor
DATE:
FECHA: 6-18-23

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-2182 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

## REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.10(10), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form. Use a DOC-400B if additional space is required.
3. Keep the copy of this request for your records.
4. Submit the original to the Institution Complaint Examiner named on the DOC-402 ICE Rejection you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

*[Stamp: JUL 05 2023]*

| INMATE NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Kevin Burkes | 275991 | WCI | 2023-9370 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

The reason why I disagree with the decision is because there is a staff shortage. It's known all over the state. Then she is not addressing the real concern. The Wellness check. This is a personal safety concern. To totally disregaurd the seriousness of this matter. Undermines the responsibility that is guaranteed to us by Federal and state law. It also contradict the Department of Correction's Mission Statement. To circumvent the 310 to hide staff conduct and not hold them accountable. Contradicts T. Moon job description to be unbias and impartial. The identified issue was Personal safety concerns. To ~~Contic~~ justify~~ing~~ rejecting a complaint by circumventing one word (lockdown) which has different meaning in the english dictionary, is a abuse of her authority, and position of an institution complaint examiner. It is her job to investigate and see if staff is doing wellness check every hour.

To constitute my complaint as moot, shows the mindframe

SIGNATURE OF INMATE: K—— Burks

DATE SIGNED: 6-28-23

**DISTRIBUTION:** Original – ICTS

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-2182 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.10(10), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form. Use a DOC-400B if additional space is required.
3. Keep the copy of this request for your records.
4. Submit the original to the Institution Complaint Examiner named on the DOC-402 ICE Rejection you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| INMATE NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Kevin Burkes | 275991 | WCI | 2023-9370 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

of T. Moon when making decesions T. Moon has personal knowledge of my security concerns and the potential danger. Her reckless in ignoring the substantial risk falls under deliberately indifferent pursuat to Farmer v. Brennan, 511 U.S. 825 (1994). The deliberate action of T. Moon violates my rights. The PLRA states that a inmate has to exhust all adminstrative rememdis to access the Courts. Which Ms. Moon is fustrating adminastrative process (step 1) The reason for complaints is to give adminstration a chance to correct any mishap. I am being prevented to.

This complaint should be accepted due to the seriousness of complaint (not doing rounds/wellness check every hour.) and to correct and satify administrative rememdys

SIGNATURE OF INMATE: K. Burk

DATE SIGNED: 6-28-23

**DISTRIBUTION**: Original – ICTS

To Warden

From Kevin Burke
27599