DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-410 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER WCI-2023-10358
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991  
UNIT: _S-_H -- _H04-_L  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/14/2023 |
| Date Complaint Received: | 07/12/2023 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | complains not receiving eye doctor appointment |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-401 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER WCI-2023-10358
### * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991  
UNIT: _S-_E -- _E27-_U  
WAUPUN CORRECTIONAL INSTITUTION  
PO Box 351  
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/14/2023 |
| Inmate Contacted? | No |
| Date Complaint Received: | 07/12/2023 |
| Subject of Complaint: | 4 - Medical |
| Person(s) Contacted: | AHSM Haseleu |
| Document(s) Relied Upon: | DOC 310 |
| Brief Summary: | complains not receiving eye doctor appointment |

Summary of Facts:

BK    Inmate Burkes complains regarding not being seen by eye doctor for pain in his eyes.

AHSM Haseleu was contacted and responded that HSU has had problems when they have tried to get optical in to see patients. AHSM Haseleu states that BHS is exploring alternatives to get providers to see patients. AHSM Haseleu does state that Inmate Burkes is an active referral to he will be scheduled when providers come in.

Recommendation is to affirm that Inmate Burkes has not been seen by Optical provider. Through the ICRS process, the matter will also be reviewed by the Health Services Nursing Coordinator. AHSM will be copied. Inmate Burkes is on referral list for when provider is found.

ICE Recommendation: Affirmed

Recommendation Date: 08/18/2023

*B. Kolb*

B. Kolb - Institution Complaint Examiner

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WCI-2023-10358
# * * * ICRS CONFIDENTIAL * * *

**To:** BURKES, KEVIN L. - #275991
UNIT: _S-_E -- _E27-_U
WAUPUN CORRECTIONAL INSTITUTION
PO Box 351
WAUPUN, WI  53963-0351

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/14/2023 |
| Date Complaint Received: | 07/12/2023 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | complains not receiving eye doctor appointment |
| ICE's Recommendation: | Affirmed |
| Reviewer's Decision: | Affirmed |
| Reason(s) for Decision: | BHS is following up to get optical appointments completed. The patient is encouraged to contact HSU as needed for further health concerns. |
| Decision Date: | 08/31/2023 |

*Robert Weinman, RN, CCHP*

R. Weinman - Reviewing Authority

CC:
**Distributed via email**
Haseleu, A
Hepp, R
Sukowaty, L

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | July 14, 2023 |
| Date Complaint Received: | July 12, 2023 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | complains not receiving eye doctor appointment |

**ICE Recommendation Information:** (Signed on 8/18/23 1:31:08PM):

| | |
|---|---|
| Person(s) Contacted: | AHSM Haseleu |
| Document(s) Relied Upon: | DOC 310 |
| ICE's Summary of Facts: | BK   Inmate Burkes complains regarding not being seen by eye doctor for pain in his eyes.<br><br>AHSM Haseleu was contacted and responded that HSU has had problems when they have tried to get optical in to see patients. AHSM Haseleu states that BHS is exploring alternatives to get providers to see patients. AHSM Haseleu does state that Inmate Burkes is an active referral to he will be scheduled when providers come in.<br><br>Recommendation is to affirm that Inmate Burkes has not been seen by Optical provider. Through the ICRS process, the matter will also be reviewed by the Health Services Nursing Coordinator. AHSM will be copied. Inmate Burkes is on referral list for when provider is found. |
| ICE's Recommendation: | Affirmed |
| ICE's Recommendation Date: | August 18, 2023 |

**RA's Decision Information:** (Signed on 8/31/23 4:29:34PM):

| | |
|---|---|
| RA's Reason: | BHS is following up to get optical appointments completed. The patient is encouraged to contact HSU as needed for further health concerns. |
| RA's Decision: | Affirmed |
| RA's Decision Date: | August 31, 2023 |



# State of Wisconsin
### Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WCI-2023-10358

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 07/14/2023 7:31:44AM | Brian Kolb | WCI | 275991 | 07/14/2023 1:45:50PM | Brian Kolb |
| ICE Report | 08/31/2023 4:29:33PM | Robert Weinman | WCI | 275991 | 09/06/2023 8:34:51AM | Tonia Moon |
| RA Report | 08/31/2023 4:29:33PM | Robert Weinman | WCI | 275991 | 09/06/2023 8:34:51AM | Tonia Moon |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| JUN 26 2023  JUL 05 2023  JUL 12 2023 | 4 | WCI 2023-10358 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Burkes, Kevin | 275991 | SCH | WCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| ~~SEH HU~~ SCH | 6-22-23 | 4 p.m |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Denied medical treatment due to prolong lock down.

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

Contacted HSU (scc response

What are the details surrounding this complaint?

Due to this prolong lock down, I can not get proper medical treatment for my eyes. My eye are getting worse and I've been in pain. I can't see Dr. south because of this lock down

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| KBur | 6-28-23 |

DISTRIBUTION: Original – ICTS


DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
   (a) Be submitted on a complaint form provided by the department.
   (b) Be legibly handwritten or typed.
   (c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
   (d) Include the inmate's original signature.
   (e) Not exceed 500 words total and not exceed two pages.
   (f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
   (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
   (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
   (a) Complaints regarding the inmate's health and personal safety.
   (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS