# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
#### by Date Received

**Inmate: 595980 - SALINAS-LEAL, EDGAR I.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 10/27/2016 | WCI-2016-23434 | 7 - Personal Property | Complains regarding contraband photos |
| 01/31/2020 | WCI-2020-1987 | 3 - Discipline | \*\*\*Complains related to contraband/evidence for Conduct Report 73273. |
| 11/27/2023 | WCI-2023-17813 | 8 - Rules | complains regarding the suspension of visits |

*\*\*\* End of Report \*\*\**