# State of Wisconsin
### Department of Corrections
## INMATE COMPLAINT HISTORY REPORT
#### by Date Received

**Inmate: 203199 - SCHMITT, BRADLEY A.**

*\*\* Heavily shaded complaints indicate that the rejected complaint was appealed to the Warden*
*\*\* Lightly shaded complaints indicate that the complaint was appealed to the CCE Office*

| Received Date | Complaint Number | Subject | Brief Summary |
|---|---|---|---|
| 02/05/2016 | WRC-2016-2596 | 7 - Personal Property | Clock/radio broken. |
| 02/09/2017 | WRC-2017-4387 | 17 - Inmate Accounts | States there are errors in his account. |
| 02/09/2017 | WRC-2017-4388 | 17 - Inmate Accounts | Challenges deductions to his account. |

*\*\*\* End of Report \*\*\**