I Kevin L. Burks (AKA Burkes) declare under the penalty of perjury that this declaration is the truth as described.

In March of 2023, Waupun Correctional Institution was placed on lock down. I (Kevin L. Burks) was assigned to the South cell hall, range H, cell 04.

For about two weeks there were a massive shake down. To look for weapons and contraband. Our cells were searched and we were strip-searched in filthy holding cell. Located on the first floor of the cell halls.

The first two months of the lock down we were subjected to no movement. For twenty-four a day, we did not move from our cells. Even the cell hall workers were not allowed out of their cells. So supplies weren't given to inmates for months. Supplies like: Inmate complaints, interview request slip, health and dental request slips, and etc. If you didn't have supplies before the lock down, you weren't given any.

For months we were told by Correctional officers and the Inmate Complaint examiner that the administive code are suspended. So C.O.'s used that not to give us inmate complaint along with other correspondence forms. The inmate complaint examiner also denied, ~~and~~ rejected,

and confiscated my complaints using "The administrative code has been suspended." These complaints pertained to my medical issues. Stemming from Auto-immune disorder, eye pain, and Gastroesophageal reflux disease. Also I even wrote multiple complaint on regular paper due to being denied Inmate complaints, Inmate complaint ~~forms~~ appeal form, and Inmate rejected complaint form.

There were times that I told staff I was suicidal so I could be taken out of my cell just to steal medical, complaint and interview request forms. while out of my cell.

There are times I asked an officers for an inmate complaint only to be told that the "administrative code is suspended," or "I'll be back." And they never come. Their was nothing we could do about it because we were always locked in and the supervisor never made any rounds in the cell halls.

Waupun Correctional Institution and the Department of Corrections makes it virtually impossible to file a complaint by circumventing rules or placing rules that benifit WCI and DOC. For example: WCI committed multiple rule and constitutional violations during this

lock down. Most of these violations happend within a short period of time. We are only able to write one complaint per week. But before writing a complaint, you have to follow the chain of command. Which the supervisors do not respond to. Just because the supervisor don't respond.. The complaint examiner uses this as a delay tatic so I can't complain about other issues. or deny, reject or not accept my complaint.

Another way the Inmate Complaint examiner ~~to~~ interferes with the complaint process is by taking the complaint and not returning it. By doing this she doesn't have to give us a complaint number. By not having a complaint number, I can not go to the final step of exhausting my adminstrative remedy.

On multiple request forms I pleaded with the Warden and his office about the Inmate Complaint department interfering with the complaint process. to no avail. I even wrote the Department Secretary of Department of Corrections Kevin A. Carr about the inmate Complaint examiner from Waupun was and still frustrating the complaint process. Mr. Carr forward my correspondence to the Deputy Warden

Emily Propson. Nothing has changed.

Because of me writing to Mr. Carr about putrid living conditions, treatment, and about the Inmate Complaint. They used the lock down and a reprimand that I received to terminate me from my job at Bager State Industries. Because I write complaints and address my concerns to the administration. They used a reprimand that I received that was not related to my job. Other inmates received conduct reports with disposition and kept there jobs. These individual were white and inmates that do not complain or write complaints.

Since being on lock down, thing really haven't change much. They only let the cell hall workes out to pass out meals that are served in our cells. We are still not allowed to go to the law library. They only let the people that do not work, out some times twice a week for recreation for about 40 minutes. Inmates that have a job and work 5 days a week get one recreations a week and that is not guaranteed. For example I haven't had recreation in almost three weeks. Today is 4-30-24 and the last time I had recreation was on 4-11-24. This is

normal to me.

   I'm still having trouble getting adequate medical treatment and attention. I was denied surgery recently for my Gastroesophageal reflux disease. After three Specialist for Gastroesophageal reflux disease.

   We are never offered the chance to mop our cells. WCI don't even let inmates out to clean the cell halls. There is dust in our vents that don't even work. Im allergic to dust and it's well known and in my medical file. But they refuse to clean the vents out.

   If we are not assigned to school or a job. You are confined to your cell 24 hours a day. They claim that due to staff shortage they will continue this modified lock down.

   This lock down has ~~effect~~ effected mental health drastically. Seeing and hearing about the death that occurred ~~while~~ before, during, ~~and~~ the lock down. At time I wonder if I'm going to die or lose my mind because of the conditions of WCI. Also because of the lack or no health

Care. There is one Doctor for about 800 inmates.

There is still mice and roaches that roam throughout the cell halls and kitchen. They leave the trays that we eat off of outside unattended before and after we eat.

The food is not nutritious. We eat two hot meals a day from Tuesday thru Friday if they are not short staffed. Dinner meals are always cold meals. Saturday, Sunday ~~and~~ are all cold meals. Every day we eat sandwichs. ~~Blo Boloq~~ Boloney, salami, or peanut butter and jelly. The boloney and salami looks the same. They do not look edible at all.

We get treated less than animals. We are locked in our cells with no ventilation. Under ~~heat~~ extreme heat conditions. If a dog owner lock there dog in there car under extreme heat conditions. The owners would be placed in jail. The administration of the Department of Corrections can lock us in a cell about the same size of a car. They get paid six figures a year.

The Inmate complaint continues to circumvent the

rules.

expires 9-26-2024

Kevin L. Burks
Kevin Burks
5-2-24

[Notary Seal: KATHY GYR, NOTARY PUBLIC, STATE OF WISCONSIN]

Kathy Gyr
5-2-2024