# DECLARATION OF EDGAR SALINAS-LEAL

Re; Waupun Correctional Instituion

Inmate; Edgar salinas-Leal

Inmate No. 595980

W.c.I Grievance/Compaint

since the 2024 lockdown that took place on March 29 the following had tooken place:

(1) The refusal of request forms for psychological and Hsu.

(2) The Refusal/Negligence to pass out Ice bags, both for medical and supplies.

(3) The refusal of medical treatment, Follow ups and evaluations.

(4) refusal for medications and hospital transfers for my severe Migraines and kidney stones.

(6) Twenty four lockdowns of Isolation

(7) Showers Limited to a bare minimum to one, fifteen minute shower per week.

(8) recreation limited at a bare minimum to one forty five Minute recreation per week

(9) refusal to provide religious services and attendance of any kind.

(10) refusal to the Legal Library.

(11) The refusal to provide at least two hot meals a day.

(12) The refusal of visitations both in person and virtual, as well as attorney visits.

(13) Prisoner suppression , rejection to acknawledging compaints.

Let the record show and acknowledge that theses are a violation of human rights of the eight amendment. Cruel and inhuman punishment. it is unconstitutional.

I edgar Salinas-Leal being duly sworn upon my oath depose and affirm the aforementioned.

Statements are correct and true

Sighed ___1st___ day of ___May___ 2024

edgar Salinas-leal _[signature] Edgar Leal 5/1/2024_

Notarization

State of wisconsin
County of ___Dodge___

5-1-24

[Notary seal: KATHY GYR, NOTARY PUBLIC, STATE OF WISCONSIN]

_[signature] Kathy Gyr_

expires 9-26-2024