IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOHN M. ANDERSON, et al.,

      Plaintiffs,

      v.                          Case No. 23-CV-1430

WISCONSIN DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

## DEFENDANTS' MOTION TO STAY CASE DEADLINES PENDING APPEAL

Defendants, through undersigned counsel, ask this Court to stay discovery and the remaining case deadlines pending resolution of Plaintiffs' appeal of this court's order granting Defendants' motion for partial summary judgment.

On May 23, 2024, this Court granted Defendants' motion for partial summary judgment, dismissing eight of the ten named plaintiffs and two of the four subclasses of potential claims. (Dkt. 52.) On June 24, 2024, Plaintiffs filed a notice of appeal of that decision. (Dkt. 55.) That appeal remains pending.

The remaining case cannot be resolved without resolution of Plaintiffs' appeal. In particular, merits discovery, expert disclosures, and further dispositive motions will be materially impacted by the result of Plaintiffs' appeal.

As such, Defendants move to stay discovery and case deadlines pending resolution of the appeal. Alternatively, Defendants move to extend their deadline to disclose experts until 45 days after Plaintiffs' disclose their experts.

Dated June 28, 2024.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

**s/Samir S. Jaber**
SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

**s/Brandon T. Flugaur**
BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229 (Jaber)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
jaberss@doj.state.wi.us
flugaurbt@doj.state.wi.us