# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 19, 2024

*By the Court*:

|  | PATRICK KURKOWSKI, et al., |
|---|---|
|  | Plaintiffs - Appellants |
| No. 24-2086 | v. |
|  | WISCONSIN DEPARTMENT OF CORRECTIONS, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-01430-WED  Eastern District of Wisconsin  Magistrate Judge William E. Duffin | |

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on July 19, 2024, by counsel for the appellants,

**IT IS ORDERED** that the rule to show cause dated July 18, 2024, is **DISCHARGED**. This appeal is **DISMISSED** in accordance with Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 19, 2024

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| No. 24-2086 | PATRICK KURKOWSKI, et al., Plaintiffs - Appellants v. WISCONSIN DEPARTMENT OF CORRECTIONS, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-01430-WED Eastern District of Wisconsin Magistrate Judge William E. Duffin ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| DATE OF RSC ORDER: | 07/18/2024 |
| STATUS OF THE RECORD: | no record to be returned |

form name: **c7_Mandate**   (form ID: **135**)