UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
and on behalf of others similarly situated,

        **Plaintiffs,**

    v.                              Case No. 23-cv-1430

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

        **Defendants.**

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs move and stipulate that this case should be dismissed. Such dismissal shall be without prejudice, with each side to bear its own costs and fees. Defendants do not object to the dismissal of this action.

RESPECTFULLY SUBMITTED,

Dated August 6, 2024,                Electronically signed by:

                                                    *Lonnie D. Story*
                                                    Lonnie D. Story, Esquire

STORY LAW FIRM, LLC
Wis. Bar #1121459
739 N. Halifax Avenue, #301
Daytona Beach, Florida 32118
(386) 492-5540
lstorylaw@gmail.com

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
Stephen New & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newlawoffice.com

Attorneys for Plaintiffs

---

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Samir S. Jaber
SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

s/Brandon T. Flugaur
BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229 (Jaber)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
jaberss@doj.state.wi.us
flugaurbt@doj.state.wi.us

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
 and on behalf of others similarly situated,,

    Appellants,

  v.                Case No. 23-cv-1430

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

    Appellees.

## CERTIFICATE OF SERVICE

 I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            Electronically signed by:

            */s/ Stephen P. New*
            Stephen P. New (WVSB No. 7756)